NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                          Criminal Number  1:21-mj-95

Gabriel Garcia
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA            ☒ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Aubrey Webb, 622915
(Attorney & Bar ID Number)
Law Offices of Aubrey Webb, PA
(Firm Name)
55 Merrick Way, Suite 212
(Street Address)
Coral Gables, FL 33134
(City)            (State)            (Zip)
305-461-1116
(Telephone Number)