UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                                    CASE NO.: 21-CR-129

       Plaintiff,

vs.

Gabriel Garcia,

       Defendant.

_____/

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL TO FUNERAL SERVICES

COMES NOW, the Defendant, Gabriel Garcia, and files his Motion for Permission to Travel to Funeral Services, and states the following grounds:

### FACTUAL GROUNDS

1.  On January 19, 2021, the FBI arrested Mr. Garcia, and they brought him before a Magistrate in the Southern District of Florida for his initial appearance, and he later posted bond.

2.  Subsequently, at his first appearance before a Magistrate in the District of Columbia, the Government asked for a GPS monitor and a curfew, and the Court granted the request. That order also prevents him from leaving the Southern District of Florida.

3.  Mr. Garcia's old Army friend passed away from Covid-19 on March 6, 2021, in Gainesville, Florida as detailed below.

His friend's funeral services will be held in Gainesville, Florida on March 19, 2021, which is in the Northern District of Florida.

4.  Mr. Garcia requests permission to attend the services, as detailed below.

5.  Mr. Garcia will provide his Pretrial Officer all of the information regarding his travel and the services.

6.  Counsel contacted AUSA A. Buckner for the Government's position, and she stated the Government does not object, as long as Mr. Garcia provides his Pretrial Officer all of the information about his travel and the services.

## MEMORANDUM OF LAW

This Court can of course grant Mr. Garcia's request under 18 U.S.C. § 3142. Specifically, Mr. Garcia requests to leave Miami on March 18 after work at around 5 PM and drive to Gainesville, Florida, which is about a 5.5 hour drive. He wants to stay overnight in a hotel near the church where the services will he held on March 19. After the services, he will drive back to Miami; to account for Miami traffic, he requests his curfew be extended to 1230 AM for both days. Mr. Garcia provides the following details about the funeral services of his friend:

> John Annarumma age 46 of Miami Beach, FL, passed away on March 6 in Gainesville, FL. Visitation will be held at St Madeleine Catholic Church on March 19, 2021 at 10:30am. Funeral service will be held at St Madeleine Catholic Church on March 19, 2021 at 11:00am with Father Marek Dzien of St Madeleine Catholic Church officiating. Military burial will follow at St. Madeleine Memorial Garden and Cemetery. Forest Meadows Funeral Home is handling the funeral arrangements. John was born in Ringwood, NJ to Joseph and Ida Annarumma on April 25, 1974. He went to high school at Armwood and graduated in 1992 went on to earn a Bachelor's degree in History from University of Florida. He enlisted in the United States Army in 1994 and was active duty in the 25th Infantry Division until 1997 then he served

in the National Guard as a Staff Sergeant in the 2nd Battalion 211th Infantry Regiment until retirement.  He served three tours in Iraq and Afghanistan and received a combat action badge, armed forces reserve medal, and expert marksmanship badge. He is survived by his parents, Joseph and Ida Annarumma, wife Irina, three children Anthony John (AJ), Geneva (Jennie), and Madeline (Maddie), stepson Maksim (Maks) and sisters Jennifer (Randy), Denise (Mike), children several cousins and nieces and nephews. Gathering immediately afterwards at Denise Schentrup's residence address 13651 NW 131st Place Alachua, FL 32615

Mr. Garcia is a 17-year Army veteran and retired with an honorable discharge as a Captain, serving in Iraq in 2008. He has no criminal history. He is not a flight risk. He only seeks to pay respects to his good friend and the family.

WHEREFORE, Mr. Garcia respectfully moves this District Court to allow him to travel to, and from, the funeral services detailed above in the Northern District of Florida.

Respectfully submitted,

**/s/Aubrey Webb_____**
Law Offices of Aubrey Webb
55 Merrick Way, Suite 212
Coral Gables, Florida 33134
305-461-1116
Email:  aubrey@aqwattorney.com

**/s/Charles R. Haskell_____**
Law Offices of Charles R. Haskell
641 Indiana Ave. N.W.,
Washington D.C. 20004
202-888-2728
Email: Charles@CharlesHaskell.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was efiled to the Office of the Clerk, United States District Court, District of Columbia, 333 Constitution Ave., N.W. Washington D.C. 20001, Room 1225 and to the Office of the United States Attorney, 555 4th St N.W., Washington D.C. 20530, on this 12th of March 2021.

/s/Aubrey Webb