AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Gabriel Augustin Garcia

)
) Case: 1:21-mj-00095
) Assigned to: Judge Robin M. Meriweather
) Assign Date: 1/17/2021
) Description: COMPLAINT W/ARREST WARRANT
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Gabriel Augustin Garcia__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC 231(a)(3), § 2(a) Certain Acts During Civil Disorder, Aiding and Abetting
18 USC 1752(a)(1)&(2) Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
40 USC 5104(e)(2)(D)&(G) Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/17/2021

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2021.01.17 12:58:33 -05'00'

*Issuing officer's signature*

City and state: Washington D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1-17-21, and the person was arrested on *(date)* 1-19-21
at *(city and state)* Miami, FL.

Date: 1-20-21

Monie Phillips
*Arresting officer's signature*

Monie Phillips FBI TFO
*Printed name and title*