UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CASE NO.: 21-CR-129

Gabriel Garcia,

        Defendant.

_____/

### MOTION FOR PERMISSION TO TRAVEL OUT OF THE STATE ON MAY 22, 2021 FOR WORK PURPOSES

COMES NOW, the Defendant, Gabriel Garcia, and files his Motion for Permission to Travel Out of the State for work purposes, and states the following grounds:

### FACTUAL GROUNDS

1. On January 19, 2021, the FBI arrested Mr. Garcia, and they brought him before a Magistrate in the Southern District of Florida for his initial appearance, and he later posted bond.

2. Subsequently, at his first appearance before a Magistrate in the District of Columbia, the Government asked for a GPS monitor and a curfew, and the Court granted the request. That order also prevents him from leaving the Southern District of Florida.

3. Mr. Garcia is self-employed and owns a roofing business in Miami.

4. Mr. Garcia is currently attempting to acquire supplies for his business. This requires him to visit the facilities of American Builders & Contractors Supply Co., Inc. located at 1818 Elm Hill Pike Nashville, TN 37210.

5. If allowed to travel, Mr. Garcia would be out of the state from Saturday, May 22, 2021, to Monday, May 24, 2021, and would stay at the Moxy Nashville Downtown Hotel located at 110 3rd Ave S. Nashville, TN 37201.

6. Mr. Garcia will provide his Pretrial Officer all of the information regarding his travel, as he did the previous time when he traveled to a funeral in North Florida.

7. Counsel contacted AUSA A. Buckner for the Government's position. She stated the Government does not object; but, as to removing the bracelet-monitor for air travel, she defers to his Pretrial Officer for their position. Counsel has contacted Mr. Garcia's Pretrial Officer numerous times to no avail.

## **MEMORANDUM OF LAW**

This Court can grant Mr. Garcia's request under 18 U.S.C. § 3142. Specifically, Mr. Garcia requests permission to fly from Miami to Nashville on Saturday, May 22th in the morning. He wants to stay overnight in a hotel near American Builders & Contractors Supply Co, Inc. located at 1818 Elm Hill Pike Nashville, TN 37210. He will fly back to Miami on Monday May 24th. Mr. Garcia also provides a previous Invoice, # 31360858, from this March that includes details of the company's supplies. (Attached).  Mr. Garcia respectfully requests the Court enter an order allowing him to travel to the above-described location in Nashville, Tennessee, from May 22, 2021, to May 24, 2021. Also, Mr. Garcia also requests to have the bracelet-monitor removed for airport travel, and the curfew restriction lifted for the duration of this work-related trip. Mr. Garcia has no criminal history; he is not a flight risk. He only seeks to continue doing business to be able to support himself and his family. He wants to make his reservations as soon as possible to save money.

WHEREFORE, Mr. Garcia respectfully moves this District Court to allow him to travel to Nashville, Tennessee without his ankle bracelet and the curfew restrictions, as detailed above.

Respectfully submitted,

/s/Aubrey Webb
Law Offices of Aubrey Webb
55 Merrick Way, Suite 212
Coral Gables, Florida 33134
305-461-1116
Email: aubrey@aqwattorney.com

/s/Charles R. Haskell
Law Offices of Charles R. Haskell
641 Indiana Ave. N.W.,
Washington D.C. 20004
202-888-2728
Email: Charles@CharlesHaskell.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was efiled to the Office of the Clerk, United States District Court, District of Columbia, 333 Constitution Ave., N.W. Washington D.C. 20001, Room 1225 and to the Office of the United States Attorney, 555 4th St N.W., Washington D.C. 20530, on April 15, 2021.

/s/Aubrey Webb