UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

CASE NO.: 21-CR-129

        Plaintiff,

vs.

Gabriel Garcia,

        Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

COMES NOW, the Defendant, Gabriel Garcia, and files his Motion for Continuance, and states the following grounds:

## GROUNDS

1.  This case is set for a status hearing on June 3, 2021.

2.  Undersigned counsel is in the Navy Reserve and was ordered to annual training at Naval Station Guantanamo Bay, Cuba from May 17-June 9, 2021.

3.  In addition, Mr. Garcia hereby waives his speedy trial rights from June 3, 2021, the current date of the status conference, through July 14, 2021, the agreed upon, and intended, new date for the status hearing.

4.  Counsel certifies he has conferred with AUSA A. Buckner as to the Government's position, and the Government does not oppose this motion.

WHEREFORE, Mr. Garcia respectfully moves this Court to grant a continuance of the status hearing to July 14, 2021.

1

Respectfully submitted,

**/s/Aubrey Webb**
Law Offices of Aubrey Webb
55 Merrick Way, Suite 212
Coral Gables, Florida 33134
305-461-1116
Email:  aubrey@aqwattorney.com

**/s/Charles R. Haskell**
Law Offices of Charles R. Haskell
641 Indiana Ave. N.W.,
Washington D.C. 20004
202-888-2728
Email: Charles@CharlesHaskell.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was efiled to the Office of the Clerk, United States District Court, District of Columbia, 333 Constitution Ave., N.W. Washington D.C. 20001, Room 1225 and to the Office of the United States Attorney, 555 4th St N.W., Washington D.C. 20530, on this 25th of May 2021.

/s/Aubrey Webb