**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No. 21-cr-129 (ABJ)** |
| **v.** | **:** | |
| | **:** | |
| **GABRIEL AUGUSTIN GARCIA,** | **:** | |
| also known as "Gabriel Agustin Garcia," | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### GOVERNMENT'S MOTION FOR LEAVE TO LATE-FILE

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, respectfully moves this Court for leave to late-file its opposition to Defendant Gabriel Garcia's (the "Defendant") "Motion to Modify Pretrial Release Conditions of GPS Monitor Due to Chance in Circumstances," filed through counsel on September 1, 2021 (ECF No. 30). In support of this motion counsel states the following:

1.      This Court set a deadline of September 7, 2021 for the government to submit a notice containing its position, as well as the position of the Pretrial Services Agency, on defendant's motion. *See* Minute Order 9/1/2021.

2.      The government contacted the Pretrial Services Agency in a timely manner regarding its position. However, the undersigned mistakenly noted the Court's deadline as falling on Wednesday, September 8, 2021.

3.      Upon realizing the mistake, the government now files this motion to late-file, respectfully requesting permission to file the government's opposition.

4.      The undersigned apologizes to the Court and to the Defendant for the oversight.

WHEREFORE, for the reasons stated above, the United States requests that this motion for leave to late-file be granted and that its opposition, attached as Exhibit A, be filed upon the docket.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar Number 415793

By:     /s/ Angela N. Buckner
        Angela N. Buckner
        DC Bar #1022880
        Assistant United States Attorney
        United States Attorney's Office
        555 Fourth Street, N.W.
        Washington, DC 20530
        Phone: (202) 252-2656