UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                                              CASE NO.: 21-CR-129

    Plaintiff,

vs.

Gabriel Garcia,

    Defendant.

_____/

### Response to Court's Order Dated 9 September 2021

    COMES NOW, the Defendant, Gabriel Garcia, and files this response to the Court's Order dated 9 September 2021 regarding his Motion to Compel and the Government's Response, and states the following:

    Mr. Garcia is in agreement, and will stipulate, that his motion to compel should be held in abeyance, as the Government requested, and therefore this Court should not deny the Motion at this time. While Government has now acknowledged that much of the discovery detailed in the motion purportedly exists, and is voluminous, and they have also requested the motion simply be held in abeyance.

    Respectfully submitted,

/s/Aubrey Webb
Law Offices of Aubrey Webb
55 Merrick Way, Suite 212
Coral Gables, Florida 33134
305-461-1116
Email: aubrey@aqwattorney.com

/s/Charles R. Haskell
Law Offices of Charles R. Haskell
641 Indiana Ave. N.W.,
Washington D.C. 20004
202-888-2728
Email: Charles@CharlesHaskell.com

1

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was efiled to the Office of the Clerk, United States District Court, District of Columbia, 333 Constitution Ave., N.W. Washington D.C. 20001, Room 1225 and to the Office of the United States Attorney, 555 4th St N.W., Washington D.C. 20530, on 10 September 2021.

    /s/Aubrey Webb