

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

September 13, 2021

**By e-mail**

Aubrey Webb
aubrey@aqwattorney.com

Charles Haskell
charles@charleshaskell.com

        Re:    *Gabriel Garcia*
                 *Second Preliminary Discovery for Case Number 21-cr-129*

Dear Counsel:

I have uploaded preliminary discovery to USAfx. As we receive and review additional discovery, it will be uploaded to USAfx. When our investigation and review is complete, I will provide a more formal, bates stamped production which will include items such as serialized 302s and responsive search warrants returns.

Note that I have marked certain sensitive law enforcement database reports "highly sensitive" (**HS**), and thus subject to the protective order in this case. I've similarly marked certain confidential disclosures either "sensitive" or "highly sensitive."

If you have any questions, issues, or concerns with how I've marked (or not marked) documents, please let me know and I'm happy to revisit.

As of the date of this letter, the following items have been uploaded to USAfx:

*FBI File*

| | |
|---|---|
| Serial 1 | Case Opening (2 pages) |
| Serial 2 | Subfile Opening (4 pages) |
| Serial 3 | Records Checks (1 page) |
| | Attachments:<br>Driver and Vehicle Information (4 pages)<br>Comprehensive Report (34 pages) (**HS**) |
| Serial 4 | Records Checks (1 page) |
| | Attachments:<br>Comprehensive Report (41 pages) (**HS**)<br>Driver and Vehicle Information, including photo (1) and system screenshots (3)<br>Database Report (4 pages)(**HS**) |
| Serial 5 | Intake – Facebook Account livestreaming from inside Capitol Building (4 pages) |
| Serial 8 | Request to Open Full Investigation (6 pages) |
| | Attachment:<br>Facebook Post Summary (4 pages) |
| Serial 9 | Preservation Letter – Apple (1 page) |
| Serial 10 | Preservation – Yahoo (1 page) |
| Serial 11 | Preservation – Facebook (1 page) |
| Serial 12 | Preservation – Facebook and Instagram (2 pages) |
| Serial 13 | Record Check (1 page) |
| | Attachment:<br>Comprehensive Report (41 pages)(**HS**) |
| Serial 14 | Military Records Checks (2 pages) |

| Serial 15 | DMV Records Checks (2 pages) |
|---|---|
| Serial 17 | Preservation - Apple Response (1 page) |
| Serial 18 | CCTV Received – Rotunda (1 page) |
| Serial 19 | Preservation – Google (1 page) |
| Serial 23 | CCTV Received – Senate Wing Door (1 page) |
| Serial 24 | CAST Results (1 page) |
| Serial 25 | Cell Phone Seized (2 pages) |
| Serial 28 | Search Warrant Executed (2 pages) |
| Serial 30 | Documenting notable phone contacts (2 pages)(**[S]**) |
| Serial 32 | Documenting efforts to analyze cell phone (1 page) |
| Serial 36 | Documenting notable phone contacts (1 page)(**[S]**) |

**Subpoena Returns[1]**

| PayPal Records | 21 PDF files titled "account info," 21 excel sheets titled "transaction log," and 21 excel sheets titled "activity log." |
|---|---|
| Square Records | Excel sheets (2), PDF files (3), Word document (1) |
| Stripe Records | PDF files (4), Excel sheet (2), Word document (1) |
| Transunion Records | PDF file (1) |

Additionally, I write to memorialize certain discovery provided on the dates indicated below.

Relevant to Mr. Garcia's Motion to Compel (ECF No. 27), the following was provided on or about September 12, 2021:

| USCP OPR Reports | USAfx folder containing index and zip file of Bates stamped materials, CAPD_000000001 to CAPD_000000848 |
|---|---|

---

[1] Note that these returns, like all other subpoena and search warrant returns in this case, are being disclosed to you regardless of responsiveness.

The following was delivered via FedEx on August 17, 2021:

| Phone Extraction | External hard drive containing report and native files |
|---|---|

The following was provided on or about August 16, 2021:

| Highly Sensitive Disclosure | Discovery letter (2 pages) and corresponding Bates stamped materials (536 pages) (**HSI**) |
|---|---|

Please be advised that I anticipate providing additional discovery in this case. If you have any questions, please feel free to contact me.

          Sincerely,

          CHANNING D. PHILLIPS
          Acting United States Attorney

By:   */s/ Angela N. Buckner*
      ANGELA N. BUCKNER
      Assistant United States Attorney
      D.C. Bar No. 1022880
      United States Attorney's Office
      555 4th Street, N.W.
      Washington, DC 20530
      Phone: 202-252-2656
      Email: angela.buckner@usdoj.gov