UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    CASE NO.: 21-CR-129

Gabriel Garcia,

    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

COMES NOW, the Defendant, Gabriel Garcia, and files his Unopposed Motion for Continuance of the status hearing set for November 4, 2021, and states the following grounds:

## GROUNDS

1. This case is set for a status hearing on November 4, 2021.

2. There are still pending discovery issues, even though a substantial amount of discovery has been turned over, and continues to be turned over. Previously, the Government had requested that Mr. Garcia's motion to compel be held in abeyance, which he was in agreement with. Since that time, the Government continues to turnover discovery.

3. In addition, Mr. Garcia hereby waives his speedy trial rights from November 4, 2021, until the next status conference as long that does not exceed 90 days from November 4. 2021.

1

4. Counsel certifies he has conferred with AUSA A. Buckner as to the Government's position, and the Government does not oppose this motion.

WHEREFORE, Mr. Garcia respectfully moves this Court to grant a continuance of the status hearing set for tomorrow, November 4, 2021.

Respectfully submitted,

**/s/Aubrey Webb_____**
Law Offices of Aubrey Webb
55 Merrick Way, Suite 212
Coral Gables, Florida 33134
305-461-1116
Email: aubrey@aqwattorney.com

**/s/Charles R. Haskell_____**
Law Offices of Charles R. Haskell
641 Indiana Ave. N.W.,
Washington D.C. 20004
202-888-2728
Email: Charles@CharlesHaskell.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was efiled to the Office of the Clerk, United States District Court, District of Columbia, 333 Constitution Ave., N.W. Washington D.C. 20001, Room 1225 and to the Office of the United States Attorney, 555 4th St N.W., Washington D.C. 20530, on this 3rd November 2021.

/s/Aubrey Webb