UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        CASE NO.: 21-CR-129

    Plaintiff,

vs.

Gabriel Garcia,

    Defendant.
                                         /

## **DEFENDNAT'S NOTICE OF DISCOVERY**

COMES NOW, the Defendant, Gabriel Garcia, and states the following discovery in compliance with Fed. R. Crim. P. (b)(A) is available for inspection and copying:

1. Video of independent journalist interviewing Mr. Garcia on January 6, 2021, immediately after Mr. Garcia comes out of the Capitol Building, where Mr. Garcia states that he accepts that Joe Biden won the election, that he accepts all court rulings dismissing election lawsuit challenges, and that he was there peacefully assembling, unlike some others, in support of Senator Cruz's call for an electoral commission to conduct an emergency audit of the Presidential Election popular vote.

    Respectfully submitted,

    /s/Aubrey Webb
    Law Offices of Aubrey Webb
    55 Merrick Way, Suite 212
    Coral Gables, Florida 33134
    305-461-1116
    Email:  aubrey@aqwattorney.com

    /s/Charles R. Haskell
    Law Offices of Charles R. Haskell
    641 Indiana Ave. N.W.,
    Washington D.C. 20004
    202-888-2728
    Email: Charles@CharlesHaskell.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was efiled to the Office of the Clerk, United States District Court, District of Columbia, 333 Constitution Ave., N.W. Washington D.C. 20001, Room 1225 and to the Office of the United States Attorney, 555 4th St N.W., Washington D.C. 20530, January 26, 2022.

/s/Aubrey Webb