

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

February 23, 2022

**BY EMAIL**

Aubrey Webb
aubrey@aqwattorney.com

Charles Haskell
charles@charleshaskell.com

        Re:    *United States v. Gabriel Garcia*
                 *Notice of Factual Information Related to Bill of Particulars*

Dear Counsel:

I write to provide certain factual information related to Mr. Garcia's Motion for a Bill of Particulars (ECF No. 49) and in accordance with the Court's February 3, 2022 Minute Entry.

Enclosed you will find the following documents:

As to Count One, I have enclosed a list of names belonging to seven officers. To assist you with identifying which name belongs to which officer, I have included screenshots from Mr. Garcia's Facebook Live Crypt video. Above the screenshots, I have included the officers' names. Please note that the names of these officers are subject to the protective order in place in this case (ECF No. 17) and should be treated as "highly sensitive" materials.

As to Counts Three, Four, and Five, I have enclosed one PDF file containing two declarations. There are two maps attached to the first declaration. The second map indicates which areas of the Capitol grounds were closed to members of the public. The declarations and maps identify (1) the restricted area within the United States Capitol and its grounds where the Vice President was temporarily visiting; (2) the government business and official functions to which Count Four refers; and (3) the session of congress to which Count Five refers. Please note that entire PDF file is subject to the protective order in place in this case (ECF No. 17) and should be treated as "sensitive" material.

If you have any questions, please feel free to contact me.

                    MATTHEW M. GRAVES
                    United States Attorney
                    D.C. Bar Number 481052

By:      */s/ Angela N. Buckner*
         Angela N. Buckner
         DC Bar #1022880
         Assistant United States Attorney
         United States Attorney's Office
         555 Fourth Street, N.W.
         Washington, DC 20530
         Phone: (202) 252-2656

Enclosures (2)
List of Officers
PDF File