UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                                    CASE NO.: 21-CR-129

        Plaintiff,

vs.

Gabriel Garcia,

        Defendant.

_____/

## DEFENDANT'S UNOPPOSED SECOND MOTION FOR AN EXTENSION TO FILE HIS REPLY TO THE GOVERNMENT'S ANSWER OPPOSING THE TRANSFER OF VENUE

COMES NOW, the Defendant, Gabriel Garcia, and files this Second Motion For An Extension To File His Reply To The Government's Answer Opposing The Transfer of Venue, and states the following grounds:

### GROUNDS

1. The Defendant's reply brief in support of his motion to transfer venue is due on March 14, 2022.

2. The Defendant respectfully requests a 4-day extension to file his reply, which makes it due March 18, 2022.

3. Counsel certifies he has contacted AUSA Buckner on the Government's position, and they do not oppose this request.

WHEREFORE, Mr. Garcia respectfully moves this court for an extension to file his reply.

1

Respectfully submitted,

**/s/Aubrey Webb**
Law Offices of Aubrey Webb
55 Merrick Way, Suite 212
Coral Gables, Florida 33134
305-461-1116
Email:  aubrey@aqwattorney.com

**/s/Charles R. Haskell**
Law Offices of Charles R. Haskell
641 Indiana Ave. N.W.,
Washington D.C. 20004
202-888-2728
Email: Charles@CharlesHaskell.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was efiled to the Office of the Clerk, United States District Court, District of Columbia, 333 Constitution Ave., N.W. Washington D.C. 20001, Room 1225 and to the Office of the United States Attorney, 555 4th St N.W., Washington D.C. 20530, on this 14th day of March 2022.

/s/Aubrey Webb