UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                                                         CASE NO.: 21-CR-129

    Plaintiff,

vs.

Gabriel Garcia,

    Defendant.
_____/

## NOTICE OF INTENTION TO TRAVEL TO D.C. TO OBSERVE JURY TRIAL

Gabriel Garcia, by and through undersigned counsel, hereby respectfully files this Notice, pursuant to the Court's Order, regarding his intention to travel to observe the trial in 21-CR-177 now that is known it will be a bench trial. Mr. Garcia wants to observe a voir dire and thus states his intention is to attend the trial in 1:21-CR-157, USA v. Secor set to start on June 22, 2022.

Respectfully submitted,

**/s/Aubrey Webb**_____
Law Offices of Aubrey Webb
55 Merrick Way, Suite 212
Coral Gables, Florida 33134
305-461-1116
Email: aubrey@aqwattorney.com


**/s/Charles R. Haskell**_____
Law Offices of Charles R. Haskell
641 Indiana Ave. N.W.,
Washington D.C. 20004

1

202-888-2728
Email: Charles@CharlesHaskell.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was efiled to the Office of the Clerk, United States District Court, District of Columbia, 333 Constitution Ave., N.W. Washington D.C. 20001, Room 1225 and to the Office of the United States Attorney, 555 4th St N.W., Washington D.C. 20530, on this 5th day of May 2022.

/s/Aubrey Webb