UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        CASE NO.: 21-CR-129

    Plaintiff,

vs.

Gabriel Garcia,

    Defendant.
_____/

## NOTICE OF INTENTION TO TRAVEL TO D.C. TO OBSERVE JURY TRIAL

Gabriel Garcia, by and through undersigned counsel, hereby respectfully files this Notice, pursuant to the Court's Order, regarding his intention to travel to to D.C. to observe a J6 trial. Mr. Garcia would like to attend and observe one, all, or parts of the four J6 jury trials slated to begin the week of July 18, 2022 before District Judges Cooper, Howell, Kelly, and Mehta.

Respectfully submitted,

**/s/Aubrey Webb**_____
Law Offices of Aubrey Webb
55 Merrick Way, Suite 212
Coral Gables, Florida 33134
305-461-1116
Email:  aubrey@aqwattorney.com

**/s/Charles R. Haskell**_____
Law Offices of Charles R. Haskell
641 Indiana Ave. N.W.,
Washington D.C. 20004
202-888-2728

1

Email: Charles@CharlesHaskell.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was efiled to the Office of the Clerk, United States District Court, District of Columbia, 333 Constitution Ave., N.W. Washington D.C. 20001, Room 1225 and to the Office of the United States Attorney, 555 4th St N.W., Washington D.C. 20530, on this 2nd day of June 2022.

/s/Aubrey Webb