| Agency Of Occurence | Date Written | OFFENSE-INCIDENT REPORT | Agency Report Number |
|---|---|---|---|
| 030 | 09/24/2021 | MIAMI-DADE POLICE DEPARTMENT | PD210924303101 |

## REPORT SUMMARY (ORIGINAL)

☐ L.E. Exempt  ☐ D.V.  ☐ Gang Related  ☐ Juv. in Report  ☐ Juv. Warn/Dismiss  ☐ Marsy's Law  ☐ Tourist

**Victims:** 0  **Offenders:** 0  **Stolen Vehicles:** 0  **Offenses:** 1  **Properties:** 0  **SARS:** YES  **Drive By:** NO

### INCIDENT (12250 SW 128TH ST)

| Original Reported Date | Title or Classification | Time Dispatched | Time Arrived | Time Completed |
|---|---|---|---|---|
| FRI, 09/24/2021 10:23 | SUSPICIOUS PACKAGE/ENVELOPE | 09/24/2021 10:34 | 09/24/2021 10:41 | 09/24/2021 12:00 |

| Incident From | Incident To | District |
|---|---|---|
| FRI, 09/24/2021 10:00 | FRI, 09/24/2021 10:10 | KENDALL |

| Incident Location | City | Zip | Grid | Area |
|---|---|---|---|---|
| 12250 SW 128TH ST | MIAMI | 33186 | 1987 | 2 |

| Business Name/Area Identifier | Forced Entry | Occupancy | Cargo Theft |
|---|---|---|---|
| SUPREME ALUMINUM | N/A | N/A | N/A |

### OFFENSES

#### 777.7777(7777) MDPD MISC STATUTE

**1st**

| Description | Statute | Subsection | Ordinance | |
|---|---|---|---|---|
| MDPD MISCELLANEOUS STATUTE | 777.7777(7777) | 7777 | | ☐ D.V. |

| Type | Action | FDLE/FIBRS | Location Type | Method of Entry | # Prem. Entered |
|---|---|---|---|---|---|
| OTHER | N/A | 0099 | INDUSTRIAL/MFG | N/A | |

| Suspected of Using | Criminal Activity | Bias/Motivation |
|---|---|---|
| NOT APPLICABLE | NONE/UNKNOWN | UNKNOWN (OFFENDER'S MOTIVATION NOT KNOWN) |

### VICTIM/WITNESS

#### 2 - REPORTING PERSON-GARCIA, GABRIEL A.

**1**

| V/W Code | Offenses Indicator |
|---|---|
| REPORTING PERSON | 777.7777(7777) |

| Name (Last, First, Middle or Business) | Synopsis of Involvement/Activity | Victim Type |
|---|---|---|
| GARCIA, GABRIEL A. | AT WORK | ADULT |

| Address | City, State Zip Country |
|---|---|
| [redacted] | MIAMI, FLORIDA  33165  US |

| Race | Sex | Date of Birth | Age | Juvenile | Hispanic | Ethnicity |
|---|---|---|---|---|---|---|
| WHITE | MALE | 12/10/1980 | 40 | ☐ | YES | UNKNOWN |

| Residence Type | Residence Status | Extent of Injury | Will victim prefer charges? |
|---|---|---|---|
| COUNTY | FULL YEAR | | |

| Web Site | Email Address |
|---|---|
| | |

**Phone Numbers**

| Type | Phone Number | Extension | Best time to call |
|---|---|---|---|
| CELL | 915-261-4152 | | |

#### 1 - OTHER-OTERO, MAYELIN

**2**

| V/W Code | Offenses Indicator |
|---|---|
| OTHER | 777.7777(7777) |

| Name (Last, First, Middle or Business) | Synopsis of Involvement/Activity | Victim Type |
|---|---|---|
| OTERO, MAYELIN | AT WORK | ADULT |

| Address | City, State Zip Country |
|---|---|
| [redacted] | MIAMI, FLORIDA  33157  US |

| Race | Sex | Date of Birth | Age | Juvenile | Hispanic | Ethnicity |
|---|---|---|---|---|---|---|
| WHITE | FEMALE | 10/21/1979 | 41 | ☐ | YES | UNKNOWN |

| Residence Type | Residence Status | Extent of Injury | Will victim prefer charges? |
|---|---|---|---|
| COUNTY | FULL YEAR | | |

| Web Site | Email Address |
|---|---|
| | |

**Phone Numbers**

| Type | Phone Number | Extension | Best time to call |
|---|---|---|---|
| CELL | 786-448-0071 | | |

| Agency Of Occurence | Date Written | OFFENSE-INCIDENT REPORT | Agency Report Number |
|---|---|---|---|
| 030 | 09/24/2021 | MIAMI-DADE POLICE DEPARTMENT | PD210924303101 |

## OFFICERS

**Unit: K2306**

| # | Agency Code | Badge | Title | Name | Loc Code | Role |
|---|---|---|---|---|---|---|
| 1 | 030 | 5043 | POLICE OFFICER | GOMEZ, A. | 07052 | REPORTING OFFICER |

**Supporting Officer(s)**

| # | Agency Code | Badge | Title | Name | Loc Code | Role |
|---|---|---|---|---|---|---|
| 2 | 030 | 7750 | POLICE SERGEANT | AYBAR, L. | 07052 | REVIEWING SUPERVISOR |

## ADMINISTRATION

| Clearance Type | Clearance Date | Exception Type | Juvenile/Adult |
|---|---|---|---|
| CLEAR BY EXCEPTION | 09/28/2021 00:00 | | ADULT |

| Case Status | Assignment Type | Referred By | Additional Forms |
|---|---|---|---|
| CLOSED | | | |

| Reporting Agency | AOA Agency | Other AOA | AOA Related Case |
|---|---|---|---|
| MIAMI-DADE | | | |

| Original Case Number | |
|---|---|
| | |

## NARRATIVES

**Written By: mdpd\U305043**  **NARRATIVE**  **Date and Time: 9/24/2021 11:06:54 AM**

I WAS DISPATCHED TO THE ABOVE LISTED LOCATION REFERENCE A SUSPICIOUS PACKAGE WITH AN UNKNOWN WHITE POWDER INSIDE.

UPON ARRIVAL, CONTACT WAS MADE WITH REPORTING PERSON (GARCIA, GABRIEL AGUSTIN) WHO ADVISED HE RECEIVED AN ENVELOPE FROM AN UNKNOWN SENDER IN LITTLE ROCK, ARKANSAS. THE LETTER READ "TO: GABRIEL GARCIA, WHATS THE BEEPING I HEAR, SOUNDS LIKE THE QANON NATIONAL ANTHEM, PROUD LITTLE BOY". MR. GARCIA THEN NOTED AN UNKNOWN WHITE SUBSTANCE IN THE ENVELOPE; HE IMMEDIATELY DROPPED THE PACKAGE AND EXITED THE BUSINESS ALONG WITH HIS SECRETARY OTHER (OTERO, MAYELIN).

MR. GARCIA HAS BEEN THE VICTIM OF SEVERAL THREATS FOR THE PAST TWO WEEKS FOLLOWING AN ARTICLE PUBLISHED WITH HIS INFORMATION IN REGARDS TO AN INCIDENT AT THE UNITED STATES CAPITAL EARLIER THIS YEAR.

MIAMI-DADE FIRE RESCUE COMMANDED BY BATTALION 13 CHIEF M. CHAVERS RESPONDED UNDER ALARM# 12222265. MIAMI-DADE FIRE RESCUE HAZMAT AND TRT ENTERED INTO THE BUILDING, RECOVERED, AND TESTED THE PACKAGE WHICH TESTED POSITIVE FOR A BIOLOGICAL SUBSTANCE. FURTHER TESTING REVEALED THE SUBSTANCE WAS POSSIBLY COCONUT OIL.

MIAMI-DADE POLICE HOMELAND SECURITY DETECTIVE FRANCISCO LEIGHTON (BADGE# 4880) WAS ADVISED OF THE INCIDENT AND RESPONDED TO THE SCENE FEDERAL BUREAU OF INVESTIGATIONS AGENT DAMIAN GIROUX WAS NOTIFIED, RESPONDED TO THE SCENE, AND ASSUMED THE INVESTIGATION.

BWC ACTIVATED.

## ATTACHMENTS (IMAGE)

| IMAGE 1 OF 2 | IMAGE 2 OF 2 |
|---|---|

| Agency Of Occurence | Date Written | OFFENSE-INCIDENT REPORT | Agency Report Number |
|---|---|---|---|
| 030 | 09/24/2021 | MIAMI-DADE POLICE DEPARTMENT | PD210924303101 |

Case 1:21-cr-00129-ABJ  Document 81-1  Filed 06/17/22  Page 3 of 3



**ENVELOPE**



**LETTER**