**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Crim. Action No. 21-0129 (ABJ) |
| GABRIEL AUGUSTIN GARCIA, | ) |
| | ) |
| Defendant. | ) |

## <u>ORDER</u>

For the reasons stated in the accompanying Memorandum Opinion, defendant's Motion to

Transfer Venue [Dkt. # 54] is **DENIED**.

*Amy B Jackson*

AMY BERMAN JACKSON
United States District Judge

DATE:  July 22, 2022