UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | :  CRIMINAL NO. 21-CR-416 (RDM) |
| DEMARCO L. ALLGOOD, | : |
| NATHANIEL L. HOLMES, and | : |
| MALIK T. HILL, | : |
| | : |
| Defendants. | : |
| | : |

**UNOPPOSED MOTION FOR PPMS PROTECTIVE ORDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to issue a protective order governing information related to administrative investigations and disciplinary proceedings by the Metropolitan Police Department ("MPD")—including, but not limited to, information and source documents contained in or derived from MPD's Personnel Performance Management System or the U.S. Attorney's Office's CADRPTS database—disclosed by the government at any stage of this case. The United States and the defendants, through counsel, have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the defendants do not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:  */s/ Angela N. Buckner*
Emory V. Cole
PA Bar #49136
Angela N. Buckner
DC Bar #1022880

                    Meredith E. Mayer-Dempsey
                    N.Y. Attorney #5213202
                    Assistant United States Attorneys
                    United States Attorney's Office
                    555 Fourth Street, N.W.
                    Washington, DC 20530
                    Phone: (202) 252-2656
                    Phone: (202) 252-7692