UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-129 (ABJ) |
| v. : | |
| : | |
| GABRIEL GARCIA, : | |
| : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, herby informs the Court that Assistant United States Attorney Alexis J. Loeb is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

_/s/ Alexis J. Loeb_
ALEXIS J. LOEB
CA Bar No. 269895
Assistant United States Attorney
Detailed to USAO-DC
601 D Street NW
Washington, D.C. 20579
Telephone No. (415) 436-7168
Alexis.Loeb@usdoj.gov