## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Action No.** |
| | : | **1:21-CR-00129** |
| | : | |
| **GABRIEL BARCIA,** | : | **Judge Amy Berman Jackson** |
| | : | |
| Defendant. | : | |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned attorney, Charles Haskell, requests that this honorable court enter an Order permitting the undersigned attorney to withdraw from the case and from further representation of the Defendant. In support thereof, the undersigned states as follows:

1. On January 25, 2021 the undersigned appeared in this matter and filed a Motion for Admission Pro Hac Vice as the sponsoring attorney for Aubrey Webb, Esq.

2. On January 28, 2021 the court granted the motion and Mr. Webb entered his appearance as counsel for Mr. Garcia.

3. Mr.Webb has since been admitted as a member of the District Court for the District of Columbia and will remain as counsel for Mr. Garcia.

4. In light of the above, the Defendant will not be prejudiced if counsel is permitted to withdraw.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court grant this Motion to Withdraw as Counsel for the Defendant.

//

//

Respectfully submitted,

/s/ Charles Haskell
Charles R. Haskell, Esq.
DC Bar No.: 888304007
The Law Offices of Charles R. Haskell, Esq.
641 Indiana Ave. NW
Washington, DC 20004
(202) 888-2728
Charles@CharlesHaskell.com