UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

CASE NO.: 21-CR-129

Gabriel Garcia,

      Defendant.
_____/

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL OUT OF THE STATE

COMES NOW, the Defendant, Gabriel Garcia, and files his Motion for Permission to Travel Out of the State, and states the following grounds:

## FACTUAL GROUNDS

1. Mr. Garcia respectfully requests to travel for the holidays to Nashville, Tennessee with his girlfriend for sightseeing and leisure from December 15, 2022, to December 19, 2022, via a round-trip flight out of Miami.

2. Mr. Garcia will provide his Pretrial Officer all of the information regarding his travel and lodging, as he did the previous times when he has traveled with this Court's permission.

3. Counsel contacted AUSA A. Loeb and Pretrial Services for their positions on this request. The Government and his Pretrial Service Officer do not object.

## MEMORANDUM OF LAW

This Court can grant Mr. Garcia's request under 18 U.S.C. § 3142. Specifically, Mr. Garcia requests permission to fly from Miami to Nashville on December 15, 2022, to visit for the holiday season. His lodging will also be in Nashville. He will return to Miami on a return flight on December 19, 2022.

WHEREFORE, Mr. Garcia respectfully moves this District Court to allow him to travel to Nashville, as detailed above.

Respectfully submitted,

/s/Aubrey Webb
Law Offices of Aubrey Webb
55 Merrick Way, Suite 212
Coral Gables, Florida 33134
305-461-1116
Email:  aubrey@aqwattorney.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was efiled to the Office of the Clerk, United States District Court, District of Columbia, 333 Constitution Ave., N.W. Washington D.C. 20001, Room 1225 and to the Office of the United States Attorney, 555 4th St N.W., Washington D.C. 20530, on November 30, 2022.

/s/Aubrey Webb