UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        CASE NO.: 21-CR-129

    Plaintiff,

vs.

Gabriel Garcia,

    Defendant.
                                       /

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL OUT OF THE STATE

COMES NOW, the Defendant, Gabriel Garcia, and files his Unopposed Motion for Permission to Travel Out of the State, and states the following grounds:

### FACTUAL GROUNDS

1. Mr. Garcia respectfully requests to travel to San Juan, Puerto Rico with his girlfriend to visit her family from January 27, 2023, to January 30, 2023, via a round-trip flight out of Ft. Lauderdale.

2. Mr. Garcia will provide his Pretrial Officer all of the information regarding his travel and lodging, as he did the previous times when he has traveled with this Court's permission.

3. Counsel contacted AUSA A. Loeb and his pretrial officer for their positions on this request. The Government and his pretrial Officer do not object.

### MEMORANDUM OF LAW

This Court can grant Mr. Garcia's request under 18 U.S.C. § 3142. Specifically, Mr. Garcia requests permission to fly from Miami to San Juan, Puerto Rico on January 27, 2023, with his girlfriend to visit her family. He will return on a flight on January 30, 2023.

WHEREFORE, Mr. Garcia respectfully moves this District Court to allow him to travel as detailed above.

Respectfully submitted,

/s/Aubrey Webb
Law Offices of Aubrey Webb
55 Merrick Way, Suite 212
Coral Gables, Florida 33134
305-461-1116
Email:  aubrey@aqwattorney.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was efiled to the Office of the Clerk, United States District Court, District of Columbia, 333 Constitution Ave., N.W. Washington D.C. 20001, Room 1225 and to the Office of the United States Attorney, 555 4th St N.W., Washington D.C. 20530, on January 19, 2023.

/s/Aubrey Webb