UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        CASE NO.: 21-CR-129

    Plaintiff,

vs.

Gabriel Garcia,

    Defendant.
_____/

## MOTION FOR CLARIFICATION ON TRAVEL TO THE DISTRICT OF COLUMBIA

COMES NOW, the Defendant, Gabriel Garcia, and files his motion for clarification on his travel to the District of Columbia and states the following:

1. The Court granted in part and denied in part his motion to travel. Mr. Garcia seeks permission to observe the USA v. Tarrio, et al., 21-CR-175-TJK in the media "spillover" room only. And he wants to observe the current trial before the Court. This motion was filed to ascertain whether he can also observe either, or both, of these proceedings.

WHEREFORE, Mr. Garcia respectfully moves for clarification on the order entered yesterday regarding his travel to D.C.

Respectfully submitted,

/s/Aubrey Webb
Law Offices of Aubrey Webb
55 Merrick Way, Suite 212
Coral Gables, Florida 33134
305-461-1116
Email: aubrey@aqwattorney.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was efiled to the Office of the Clerk, United States District Court, District of Columbia, 333 Constitution Ave., N.W. Washington D.C. 20001, Room 1225 and to the Office of the United States Attorney, 555 4th St N.W., Washington D.C. 20530, on March 2, 2023.

/s/Aubrey Webb