# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-129 (ABJ) |
| v. : | |
| : | |
| GABRIEL AUGUSTIN GARCIA, : | |
| also known as "Gabriel Agustin Garcia," : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S MOTION TO MODIFY HEARING TIME

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion to modify the time of the hearing scheduled on March 20, 2023.

On Tuesday, March 14, 2023, the Court ordered a hearing on the Pretrial Violation Report, ECF No. 107, scheduled for March 20, 2023 at 10 a.m. Undersigned counsel is scheduled to begin a bench trial on March 20, 2023 at 10:30 a.m. before Judge Boasberg in *United States v. Price & Ballenger*, 21-cr-719. As such, the United States respectfully requests – if the Court's schedule permits – that the Court move the hearing in this case to 9:00 a.m. on March 20, 2023.

Undersigned counsel has contacted defense counsel and defense does not object and would be available at the proposed time.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By:   */s/ Ashley Akers*
ASHLEY AKERS
MO Bar #69601
Trial Attorney
United States Attorney's Office

1

601 D Street, N.W.
Washington, DC 20530
Phone: (202) 353-0521