Found in Gmail Sent Mailbox 

 From: **Aubrey Webb**
To: **Juan Lora**
July 16, 2022 at 8:57 AM

## G. Garcia

Good morning,

   My understanding of the court's order, and the way it reads, is that the curfew of 8am-8pm applies only to Gabriel when he's in the actual District. For example, he cannot be out in DC after 8pm or before 8am. But that doesn't apply to Virginia, where he is staying.

V/r,

Aubrey Webb