Inbox

**2 Messages**
**Back in Miami**

Found in Gmail Inbox

 **Karla Amaya Bonilla**    Yesterday
To: Aubrey Webb

Good Afternoon,

Please see email sent to me by Mr. Garcia.

**From:** Gabriel Garcia <airborngarcia23@yahoo.com>
**Sent:** Sunday, March 5, 2023 7:24 PM
**To:** Karla Amaya Bonilla <karla_amayabonilla@flsp.uscourts.gov>
**Cc:** Juan Lora <Juan_Lora@flsp.uscourts.gov>
**Subject:** Back in Miami

**CAUTION - EXTERNAL:**

Good evening, just wanted to let you know I got back into Miami earlier today.

Gabriel Garcia