UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CASE NO.: 21-CR-129

Gabriel Garcia,

        Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, the Defendant's counsel, and files this Motion to Withdrawal and states the following grounds:

### GROUNDS

1. Under Local Rule LCrR 44.5(d), the undersigned counsel requests leave to withdraw due to irreconcilable differences between counsel and the Defendant that render further representation impossible.

2. Counsel's withdrawal will not unduly delay the trial of this case and will not be unfairly prejudicial to any party. Further, counsel's withdrawal is not contrary to the interests of justice.

3. Counsel contacted AUSA A. Akers for the Government's position. She stated the Government opposes the motion, unless and until replacement counsel enters an appearance.

WHEREFORE, counsel respectfully moves this District Court to allow him to withdraw from representing the Defendant as detailed above.

Respectfully submitted,

/s/Aubrey Webb
Law Offices of Aubrey Webb
55 Merrick Way, Suite 212

Coral Gables, Florida 33134
305-461-1116
Email:  aubrey@aqwattorney.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was efiled to the Office of the Clerk, United States District Court, District of Columbia, and served upon all parties of record, 333 Constitution Ave., N.W. Washington D.C. 20001, Room 1225 and to the Office of the United States Attorney, 555 4th St N.W., Washington D.C. 20530, on this April 20, 2023, and counsel certifies he will serve this motion by U.S. mail and email to the Defendant, Mr. Garcia.

/s/Aubrey Webb