IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.                                                                              Case No.:  1:21-cr-129

GABRIEL GARCIA.
_____/

## NOTICE OF APPEARANCE
## OF COUNSEL

TO:     ANGELA CAESAR, CLERK

You are hereby notified that I, Maria T. Rodriguez, appear for the Defendant in the above entitled action, and am admitted *pro hac vice*.

*/S/ Maria T. Rodriguez*
_____
Maria T. Rodriguez

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance of Counsel has been furnished via Electronic Filing to AUSA, Office of the U.S. Attorney, District of Columbia, on this 1st day of May, 2023.

*/S/ Maria T. Rodriguez*
_____
Maria T. Rodriguez, Attorney at Law
P.O. Box 2176
Tarpon Springs, FL 34688
Tel:  (727) 238-2342
Fla. Bar No.:  168180 / US FL MD AND SD
Email:  attorneymariar@aol.com