UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-129 (ABJ) |
| v. : | |
| : | |
| GABRIEL AUGUSTIN GARCIA, : | |
| also known as "Gabriel Agustin Garcia," : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S RESPONSE TO COURT'S ORDER

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to the Court's May 2, 2023 Minute Order. The Court ordered the government to "docket as a supplemental exhibit the relevant portion of the podcast (or transcript) with defendant's statements that it referred to at the March 20, 2023 hearing on defendant's pretrial violation."

The referenced podcast is 3 hours, 23 minutes, and 34 seconds in length. Undersigned counsel clipped the relevant portion of the podcast, which is less than six minutes in length. The relevant portion of the clipped version has been provided to Chambers and counsel for the defendant, and the government is prepared to provide the full podcast at the Court's or the defendant's request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By: /s/ *Ashley Akers*
ASHLEY AKERS
MO Bar #69601
Trial Attorney

1

Detailed to the United States Attorney's Office
601 D Street, N.W.
Washington, DC 20530
Phone: (202) 353-0521
Email: Ashley.Akers@usdoj.gov

/s/ *Jason McCullough*
JASON B.A. MCCULLOUGH
D.C. Bar No. 998006; NY Bar No. 4544953
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20579
Phone: (202) 252-7233
Email: Jason.McCullough2@usdoj.gov