IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    v.                                              Case No.:  1:21-cr-129

GABRIEL GARCIA.
_____/

## MOTION TO CONTINUE TRIAL

COMES NOW, Gabriel Garcia, via undersigned counsel, and files this Motion to Continue Trial pursuant to Rule 12 of the Federal Rules of Criminal Procedure and moves this Honorable Court to continue Trial scheduled for August 21st, 2023, to the week of September 18th or September 25th, the week of October 2nd, 2023 or the week of November 13th, 2023 or November 27th, 2023, or, in the alternative the earliest date the Court can accommodate thereafter and as grounds states as follows:

1. Trial in this matter was scheduled on February 15th, 2023 for August 21st, 2023.

2. There are no-codefendant's in this matter..

3. Counsel filed her Notice of Appearance on May 1st, 2023.

4. Pursuant to the Court's April 20th, 2023 Order, the Joint Pre-trial Statement is due July 21st, 2023 and Motions in Limine are due June 23rd, 2023.

5. On June 20th, counsel requested a short 7 day extension of time in which to file motions in limine, the Court granted said motion on June 22nd, 2023 and limines are now presently due on June 30th, 2023, with all other deadlines to remain the same.

6. Counsel is unable to retrieve Usafx discovery.

7. Unfortunately, prior counsel did not ever see or review discovery with Mr. Garcia.

8. Prior counsel did give Mr. Garcia a portable hard drive in April, 2023 with some of Government's evidence in the case which unfortunately was not able to open.  Earlier this month Mr. Garcia made every effort to retrieve discovery from the portable hard drive on other systems to no avail.

9. Present counsel has been addressing the Usafx issues with the Government on DC cases since May, however, the Government in this matter was not sufficiently apprised of the Usafx situation early on (on May 9th, 2023, Government emailed counsel to confirm counsel had access to discovery, counsel did not reply with the Usafx problems that existed.  Counsel did specifically apprise the Government on this case with counsel's ongoing Usafx issues on June 22nd, 2023).   Counsel has apologized to Government for that oversight and apologizes to the Court for same.

10. Counsel discussed with Government an extension of limines and all other deadlines be moved up as opposed to continuing the August 21st trial date in order for counsel and Government's tech personnel to continue working on the Usafx matter.  Only the Government's office can attempt to rectify the Usafx problem per Okta, the identification management system cloud used for Usafx.  However, said extensions requested are not feasible with pre-trial being scheduled for August 3rd, 2023.

11. Counsel is diligently working to resolve the Usafx issues with the Government's tech personnel, nonetheless, counsel does need a short reset of the August 21st, 2023 Trial date in order to access and review discovery, prepare with her client and appropriately draft all pre-trial motions.

12. The Government is unopposed to a short Trial reset date to the week of September 18th or September 25th, the week of October 2nd, 2023 or the week of November 13th, 2023 or November 27th, 2023

13. If the Court cannot accommodate a reset for those dates, Government would be opposed to a continuance of the trial date.

14. Counsel is available for jury trial on any date the Court can accommodate for the remainder of 2023 and beyond.   Any conflicts in other jurisdictions can be readily

resolved. Counsel has trial in DC on another matter scheduled to commence July 10th, 2023, however, no other DC cases have trial scheduled at present.

15. This motion is made in good faith and not to harass or cause any undue delay or burden.

WHEREFORE, Defendant, Gabriel Garcia, respectfully requests this Court grant this Motion to Continue Trial and reschedule the August 21st, 2023 Trial date to a date the Court can accommodate.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Continue Trial has been furnished via Electronic Filing to AUSA, Ashley Akers, Jason McCullough, Office of the U.S. Attorney, District of Columbia, and all other parties listed on this 27th day of June, 2023.

*/S/ Maria T. Rodriguez*
_____
Maria T. Rodriguez, Attorney at Law
P.O. Box 2176
Tarpon Springs, FL 34688
Tel:  (727) 238-2342
Fla. Bar No.:  168180 / District of Columbia
Email:  attorneymariar@aol.com