IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.  Case No.: 1:21-cr-129

GABRIEL GARCIA.
_____/

# NOTICE

## (EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT)

COMES NOW, Gabriel Garcia, via undersigned counsel, and files Defendant's Notice (Exclusion of Time Under the Speedy Trial Act) pursuant to 18 U.S.C. § 3161 and states as follows:

1. On June 27th, 2023, Defense moved this Court for a continuance of Jury Trial scheduled for August 21st, 2023.

2. The Court granted said Motion and Jury Trial is presently scheduled for November 27th, 2023.

3. Defense gives Notice to the Court, and to the Government, of its position that Defendant agrees and has no objection to excluding the time between August 21st, 2023 and November 27th, 2023 under the Speedy Trial Act.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been furnished via Electronic Filing to AUSA, Office of the U.S. Attorney, District of Columbia, and all other parties listed on this 12th day of July, 2023.

*/S/ Maria T. Rodriguez*
_____
Maria T. Rodriguez, Attorney at Law
P.O. Box 2176
Tarpon Springs, FL 34688
Tel:  (727) 238-2342
Fla. Bar No.:  168180 / US DC
Email:  attorneymariar@aol.com