IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    v.                                            Case No.: 1:21-cr-129

GABRIEL GARCIA.
_____/

## MOTION FOR EXTENSION OF TIME TO FILE MOTIONS IN LIMINE

COMES NOW, Gabriel Garcia, via undersigned counsel, and files this Motion for Extension of Time to File Motions in Limine and Notice of 404(b) and 609 evidence, and moves this Honorable Court to extend the deadline from Thursday, September 28th, to Thursday, October 5th, 2023 and as grounds states as follows:

1. Trial in this matter is scheduled for November 27th, 2023.

2. The deadline date to file motions in limine and notice of 404(b) and 609 evidence is September 28th, 2023.

3. There are no co-defendants in this matter.

4. On August 31st / September 1st, 2023, Hurricane Idalia wreaked havoc on Florida's Gulf Coast and both defense counsel's vehicles were totaled.

5. Defense counsel is in the midst of looking for a vehicle to purchase while insurance claims are being finalized.

6. The Government and defense agreed to a stipulated fact trial last week and need another week to finalize a forthcoming draft.

7. This motion for extension of time to file motions in limine and notice of 404(b) and 609 evidence is filed in an abundance of caution, in good faith and is unopposed by Government.

8. Upon a finalized stipulated fact trial being executed, defense counsel will immediately inform the Court.

WHEREFORE, Defendant, Gabriel Garcia, respectfully requests this Court grant this Motion for Extension of Time to File Motions in Limine and Notice of 404(b) and 609 evidence for one week to October 5th, 2023.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Extension of Time to File Motions in Limine and Notice of 404(b) and 609 evidence has been furnished via Electronic Filing to AUSA, Jason McCullough, Office of the U.S. Attorney, District of Columbia, and all other parties listed on this 27th day of September, 2023.

/S/ Maria T. Rodriguez
_____
Maria T. Rodriguez, Attorney at Law
P.O. Box 2176
Tarpon Springs, FL 34688
Tel:  (727) 238-2342
Fla. Bar No.:  168180 / District of Columbia
Email:  attorneymariar@aol.com