IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,	Case No.: 1:21-cr-129

    v.

GABRIEL GARCIA.
_____/

## MOTION FOR PERMISSION TO TRAVEL
## OUT OF STATE TO VISIT CHILDREN (UNOPPOSED)

COMES NOW, Gabriel Garcia, via undersigned counsel, and files this Motion for Permission to Travel Out of State to Visit Children (Unopposed), and requests this Court enter its Order giving permission for Mr. Garcia to travel out of state from October 3rd, 2023 thru October 17th, 2023, and as grounds states as follows:

1. Gabriel Garcia's conditions of supervision include no unauthorized travel out of state, along with home detention and GPS monitor.

2. Mr. Garcia has three minor children he has not seen in over two months.

3. Mr. Garcia's minor children and ex-wife live in Texas.

4. Mr. Garcia is allowed to visit and stay with his children in their home in Texas for two weeks from October 3rd, 2023 thru October 17th, 2023 (the children are on school break during the two weeks allowing for fruitful visitation).

5. Counsel has confirmed with Mr. Garcia's PTSO and the PTSO's supervisor, that there is no objection for Mr. Garcia to travel to Texas to visit with his children.

6. Mr. Garcia also avails himself to a curfew of 6pm-11am while in Texas.

7. The Texas PTSO will also closely supervise (GPS) Mr. Garcia while Mr. Garcia is in Texas for two weeks visiting his children.

8. Mr. Garcia misses his children tremendously, and a two-week visit is reasonable as this case approaches a disposition.

9. The Government does not oppose the out-of-state travel for the stated purpose.

WHEREFORE, Defendant respectfully requests this Honorable Court consider this unopposed Motion, grant this Motion, and enter its Order accordingly.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Permission to Travel Out of State to Visit Children has been furnished via Electronic Filing to AUSA, Ashley Akers, Jason McCullough, Office of the U.S. Attorney, District of Columbia, and all other parties listed on this 27th day of September, 2023.

*/S/ Maria T. Rodriguez*

Maria T. Rodriguez, Attorney at Law
P.O. Box 2176
Tarpon Springs, FL 34688
Tel:  (727) 238-2342
Fla. Bar No.:  168180 / District of Columbia
Email:  attorneymariar@aol.com