UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 21-cr-129 (ABJ) |
| | : | |
| v. | : | |
| | : | |
| **GABRIEL AUGUSTIN GARCIA,** | : | |
| also known as "Gabriel Agustin Garcia," | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Gabriel Augustin Garcia, through his attorney, Maria Rodriguez, (altogether, the "parties") hereby file this Joint Status Report.

The parties have reached agreement on a stipulated set of facts, and the parties have agreed to proceed with a bench trial with stipulated facts on Counts One and Two of the First Superseding Indictment in lieu of a jury trial. The parties request that the Court convert the pre-trial conference on November 20, 2023, to a bench trial with stipulated facts to resolve this matter. The parties further respectfully request that the Court vacate the November 27, 2023, jury trial date and all other pre-trial deadlines.

    Respectfully submitted,
    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar No. 481052

By: */s/ Jason McCullough*
    JASON B.A. MCCULLOUGH
    NY Bar No. 4544953
    ASHLEY AKERS
    MO Bar #69601
    Assistant United States Attorneys
    601 D Street, N.W.
    Washington, D.C. 20530
    (202) 252-7233 //
    Jason.McCullough2@usdoj.gov