## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No.: 21-cr-129 (ABJ)** |
| | : | |
| **v.** | : | |
| | : | |
| **GABRIEL AUGUSTIN GARCIA,** | : | |
| **also known as "Gabriel Agustin Garcia,"** | : | |
| | : | |
| **Defendant.** | : | |

### JOINT STATEMENT OF ELEMENTS AND FACTS FOR STIPULATED TRIAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, defendant Gabriel Augustin Garcia, by and through his counsel, Maria Rodriguez, hereby submit the Elements and Statement of Facts for Stipulated Trial as to Counts 1 and 2 of the First Superseding Indictment (ECF 44).

**I.     Elements**

### A.  Count One: 18 U.S.C. § 231(a)(3), Civil Disorder

The elements of Civil Disorder, in violation of 18 U.S.C. § 231(a)(3), each of which the government must prove beyond a reasonable doubt, are:

1. The defendant knowingly committed an act or attempted to commit an act with the intended purpose of obstructing, impeding, or interfering with one or more law enforcement officers.

2. At the time of defendant's actual or attempted act, the law enforcement officer or officers were engaged in the lawful performance of their official duties incident to and during a civil disorder.

3. The civil disorder in any way or degree obstructed, delayed, or adversely affected either commerce or the movement of any article in commerce or the conduct or performance of any federally protected function.

The government further alleges that the defendant aided and abetted others in committing interference with law enforcement during a civil disorder. To satisfy its burden of proving that the

defendant aided and abetted others in committing this offense, the government must prove the following beyond a reasonable doubt:

1. At least one other person committed an act or attempted to commit an act with the intended purpose of obstructing, impeding, or interfering with one or more law enforcement officers;

2. The defendant knew that the law enforcement officer or officers were engaged in the lawful performance of their official duties incident to and during a civil disorder;

3. The defendant performed an act or acts in furtherance of the offense; and

4. The civil disorder in any way or degree obstructed, delayed, or adversely affected either commerce or the movement of any article in commerce or the conduct or performance of any federally protected function.

### B. Count Two: 18 U.S.C. § 1512(c)(2), Obstruction of an Official Proceeding

The essential elements of the offense of obstruction of an official proceeding, in violation of 18 U.S.C. § 1512(c)(2), each of which the government must prove beyond a reasonable doubt, are as follows:

1. The defendant attempted to or did obstruct or influence or impede an official proceeding;

2. The defendant intended to obstruct or influence or impede the official proceeding;

3. The defendant acted knowingly, with awareness that the natural and probable effect of his or her conduct would be to obstruct or influence or impede the official proceeding; and

4. The defendant acted corruptly.

The term "official proceeding" includes a proceeding before Congress.

The government further alleges that the defendant aided and abetted others in committing obstruction of an official proceeding. To satisfy its burden of proving that the defendant aided and abetted others in committing this offense, the government must prove the following beyond a reasonable doubt:

1. At least one other person committed obstruction of an official proceeding by committing each of the elements of that offense;

2. The defendant knew that obstruction of an official proceeding was going to be committed or was being committed by at least one other person;

3. The defendant performed an act or acts in furtherance of the offense;

4. The defendant knowingly performed that act or acts for the purpose of aiding, assisting, soliciting, facilitating, or encouraging at least one other person in committing the offense of obstruction of an official proceeding; and

5. The defendant did that act or acts with the intent that at least one other person commit the offense of an obstruction of an official proceeding.

## STATEMENT OF OFFENSE

If the case proceeded to trial, the defendant agrees the government would have elicited the following evidence:

### *The Transfer of Presidential Power in the United States*

1. The 2020 United States Presidential Election occurred on November 3, 2020. As of November 7, 2020, the incumbent President Donald J. Trump was projected to have lost the Presidential Election.

2. The United States Constitution and federal statutes codify the procedures and dates governing the transfer of presidential power in the United States. The Twelfth Amendment requires presidential electors to meet in their respective states and certify "distinct lists of all persons voted for as President, and of all persons voted for as Vice-President, and of the number of votes for each."

3. On December 14, 2020, the presidential electors of the Electoral College met in the state capital of each state and in the District of Columbia and formalized the result of the 2020 U.S. Presidential Election: Joseph R. Biden Jr. and Kamala D. Harris were declared to have won sufficient votes to be elected the next President and Vice President of the United States.

4.      The Twelfth Amendment also requires that the Vice President "shall, in the presence of the Senate and House of Representatives, open all the certificates and the votes shall then be counted." Title 3, Section 15 of the United States Code provides that the United States Congress must convene during a joint session proceeding ("the Joint Session") at 1:00 p.m. "on the sixth day of January succeeding every meeting of the electors," with the Vice President presiding, to count the electoral votes, resolve any objections, certify their validity, and announce the result ("Certification of the Electoral College vote").

### The Attack at the U.S. Capitol on January 6, 2021

5.      The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police ("USCP"). Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

6.      On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

7.      On January 6, 2021, a Joint Session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the Joint Session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The Joint Session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the Joint Session, and then in the Senate chamber.

8.      As the proceedings continued in both the House and the Senate, and with Vice President

Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and USCP were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

9.      At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the USCP, and the crowd advanced to the exterior façade of the building.  The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by USCP Officers or other authorized security officials.

10.      At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts.  The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $2.8 million dollars for repairs.

11.      Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the Joint Session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant

had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

12.     The attack at the U.S. Capitol adversely affected the United States Secret Service, which was protecting Vice President Michael Pence, and the United States Capitol Police's protection of the Capitol and its occupants.

13.     It also affected commerce within the District of Columbia. For example, it affected the sales of Safeway grocery stores within the District of Columbia, whose products also travel in interstate commerce before being sold in the District.

14.     The attack at the U.S. Capitol was a "civil disorder" as defined in 18 U.S.C. § 232(1).

### *Gabriel Garcia*

15.     Gabriel Garcia is a 42-year-old resident of Florida. Since at least as early as 2019, Garcia has been a member of the Proud Boys organization.

16.     The Proud Boys describes itself as a "pro-Western fraternal organization for men who refuse to apologize for creating the modern world; aka Western Chauvinists." Proud Boys members routinely attend rallies, protests, and other events, some of which have resulted in violence involving members of the group. There is an initiation process for new members of the Proud Boys, and members often wear black and yellow polo shirts or other apparel adorned with Proud Boys logos and slogans to public events.

17.     Through at least January 6, 2021, Enrique Tarrio was the national chairman of the Proud Boys organization. Throughout the United States, there are local Proud Boys chapters, which are typically led by chapter "presidents." Each chapter has a degree of autonomy insofar as the president of a local chapter governs that chapter in its geographic location.

18.     As of January 6, 2021, Garcia was a member of the "Vice City" chapter of the Proud Boys, which chapter was based in Miami, Florida. The president of the Vice City chapter was Enrique Tarrio, and Garcia was both a member of Tarrio's chapter and a personal acquaintance of his. Garcia referred to himself as Tarrio's "second hand guy[.]"

### Gabriel Garcia's Attendance at Election-Related Rallies in Washington, D.C. in November and December 2020

19.     Garcia traveled to Washington, D.C. in November and December 2020 in connection with rallies related to the 2020 Presidential Election.

20.     On November 13, 2020, Garcia traveled to Washington, D.C. with Enrique Tarrio and other members from the Vice City chapter of the Proud Boys, including Garcia's friend, Gilbert Fonticoba. The group traveled on a private jet.

21.     While returning home on the private jet, Garcia took a video of himself. In the video, Garcia stated, "hey, we're heading back to Miami. It was great taking care of business. Wipe the floor with Antifa." Garcia and other Proud Boys frequently referred to counter-protestors as "Antifa."

22.     Garcia also traveled to Washington, D.C. for a second election-related rally on December 12, 2020. Garcia posted a picture of himself on Facebook during the day on December 12, 2020. In the picture, which can be seen on the following page below, Garcia can be seen standing amidst a group of other Proud Boys while wearing his Proud Boys colors of black and yellow.



23.     During the rally on December 12, 2020, several Proud Boys were involved in an altercation in which Proud Boys members were injured, including a knife wound suffered by Proud Boys member, Jeremy Bertino. Certain members of the Proud Boys, including Garcia, expressed anger at law enforcement in Washington, D.C. For example, on December 14, 2020, Garcia sent a text message to five other Vice City Proud Boys, including Enrique Tarrio, that stated, "By the way CopTifas are a bunch of taxpayer waste of taxes that get paid to be ANTIFA'S personal bodyguards[.]" The term "CopTifas" is an amalgamation of "Cops" and "Antifa" that was used by Proud Boys to suggest that law enforcement was on the side of Antifa, whom they saw as enemies.

24.     Also while in Washington, D.C. on December 12, 2020, Tarrio and other Proud Boys participated in the theft and destruction of a banner that read, "#BLACKLIVESMATTER," which banner was property of Asbury United Methodist Church in Washington, D.C. On December 17, 2020, Tarrio posted a message on Parler in which he taunted law enforcement: "Come get me if you feel like what I did was wrong. We'll let the public decide." On December 15, 2020, Garcia sent a text message to five other Vice City Proud Boys, including Tarrio and

Fonticoba, that stated in part, "God forbid you burn a Office Depot banner with BLM on it and get charged with a hate crime. GTFO[.]"

### *Gabriel Garcia's Statements About the Stolen Election and Understanding of the Official Proceeding at the United States Capitol on January 6, 2021*

25.     In the period between the November 3, 2020 U.S. Presidential Election and January 6, 2021, Garcia made a number of public posts on social media and sent messages in private communications reflecting his belief that the result of the Presidential Election was a "fraud," his knowledge about the Certification process, and his intent to stop that process.

26.     On November 7, 2020, Garcia participated in a Telegram[1] message group with members of the Vice City Proud Boys and other participants. Participants in the chat commented that the media had just declared that Joseph Biden had won the Presidential Election. In response, Garcia posted a message that stated, "Fuck it going to take [a pill] and sleep to Monday call me when people grab there fucking balls." As others talked about their intent to "hit the streets," Garcia responded, in part, "Like I said if I receive a phone call today it bettwr be to lock and load if not enjoy your President elected[.]"

27.     On November 7, 2020, Garcia posted the following message on Facebook in response to another user, "just got done pretty much stating there has been fraud a different levels such as over 3,000 illegals voting in Nevada in Georgia still waiting on military ballots but it will still be automatic recount and Pennsylvania all kinds of stuff."

---

[1] Telegram is a message application that promotes itself as a secure means of communication. Among other things, on its "FAQs," Telegram states that because of its architecture "several court orders from different jurisdictions are required to force us to give up any data" and that Telegram has "disclosed 0 bytes of user data to third parties, including governments." Telegram FAQs, *available at* https://telegram.org/faq#q-why-should-i-trust-you.

28.     On November 7, 2020, Garcia sent a text message to five other Vice City Proud Boys, including Enrique Tarrio and Gilbert Fonticoba, that stated, "Need to change Land of the free to Land of the fraud[.]" Garcia later posted messages that encouraged the group to take action, including: "[w]hat are we going to do absolutely nothing" and "I am fucking tired of the stand fast shit[.]"

29.     On November 12, 2020, Garcia posted a message to a small group of users on Telegram, including Tarrio and Fonticoba. Garcia stated that he was planning to be "in a zoom call with the Trump legal team tonight from our undisclosed location[.]"

30.     On December 16, 2020, Garcia received a message on Facebook from another user. The other user introduced the message as being "from" a member of former President Trump's legal team. The post stated, in part:

> Today, the electoral college votes will be sealed and sent by special carrier to Washington where they will remain sealed until January 6th when the House and Senate will come into a joint session to open the votes.
> …
> On January 6th, Nancy Pelosi will sit down with the rest of the House members as she has no special power or authority over the hearing… Vice President Mike Pence will have all the authority as president of the Senate for that day and will accept or reject motions to decide the next steps by the assembly. Remember…Mike Pence is in full authority that day as written in the Constitution.
> …
> The votes will be opened and at that point one House member could, and most likely will, raise their hand to object to the Vice President on the state of the elector's votes.
> …
> The House and Senate will divide for two hours (at least) to debate, then vote.

31.     On January 1, 2021, at approximately 6:41 p.m., Garcia sent a message to a group of Vice City Proud Boys, which group included Tarrio and Fonticoba. In his message, Garcia said,

"Pence is going to fold on the 6th[.]" Garcia knew that, on January 6, Congress, with Pence presiding, would be meeting to certify the Electoral College vote.

32.     On January 1, 2021, at approximately 11:31 p.m., Garcia sent a message on Telegram to a group of ten other users, which group included Enrique Tarrio and Gilbert Fonticoba. Garcia's message said, "Oye Mike Pence is going to back down on the 6th and let Biden take it." Garcia's message included a link to the following public post on social media:



**WPLG Local 10** ✔
January 1, 2021 · 🌐

PENCE PASSES - The Justice Department has asked a federal judge to dismiss a last-gasp lawsuit led by a House Republican that seeks to give Vice President Mike Pence the power to overturn the results of the presidential election.



LOCAL10.COM
**Pence seeks dismissal of suit aiming to overturn election**
The Justice Department has asked a federal judge to dismiss a last-gasp lawsuit led by a House…

👍😂😠 480                                     440 comments  57 shares



↪ Share

A few seconds later, Garcia sent a message that read, "We are fucked[.]"

33.     On Tuesday, January 5, 2021, at approximately 4 a.m. eastern, Garcia posted the following link on his Facebook page: https://rumble.com/vcflpt-vp-pence-confirms-something-is-coming-on-january-6.html.  The linked page featured a 62 second video in which former Vice

President Mike Pence addressed a crowd and told them that he "share[d] the concerns of millions of Americans about voting irregularities." Former Vice President Pence told the crowd "this Wednesday, we'll have our day in Congress. We'll hear the objections. We'll hear the evidence."

### *Garcia's Preparation to Return to Washington, D.C. on January 6*

34.     On December 19, 2020, former President Trump announced plans for a Stop the Steal protest event in Washington, D.C., on January 6, 2021, which date coincided with Congress's Certification of the Electoral College vote. Tarrio and a handful of other members of the Proud Boys created a new chapter for the Proud Boys that would consist of members from across the country. The new chapter was referred to as the Ministry of Self Defense or MOSD ("MOSD"). Tarrio described the MOSD as a "national rally planning" chapter that would include only "hand selected members."

35.     On December 27, 2020, Garcia was invited to join the MOSD by Tarrio. Prior to joining the MOSD, Garcia completed a form in which he affirmed that: (1) everything spoken within the chapter would "remain private," (2) he was willing to provide "full cooperation with leadership" of the MOSD, (3) he would always "act in self defense," and (4) he would "Fit In or Fuck Off."

36.     The leadership of the MOSD created a private, encrypted message group on the platform Telegram in order to facilitate communication among the leaders and members of the MOSD.

37.     Garcia participated in Telegram message groups among the members of the MOSD. In messages exchanged among members of the MOSD on Telegram, members discussed plans to come to Washington, D.C., for January 6 and discussed the potential for violence at the Capitol on January 6.

38.     On January 3, 2021, Garcia posted a message in the MOSD Telegram group that read, "1776 flag flying over the White House last night." Garcia included an image that appeared to show the Betsy Ross flag flying over the White House. Within minutes, another member posted a message that read, "Gonna be war soon ……" Garcia responded, "Yes Sir time to stack those bodies in front of Capitol Hill[.]"

39.     Approximately 20 minutes later, in the same chat, a different user posted the following message: "Also this ⚔. So are the normies and "other" attendees going to push thru police lines and storm the capitol buildings?  A few million vs A few hundred coptifa should be enough.  I saw a few normie groups rush through police lines on the 12th."

40.     On January 3, 2021, Garcia sent a text message to five other Vice City Proud Boys, including Enrique Tarrio and Gilbert Fonticoba, in which he stated that he would be taking a knife to Washington, D.C. When another user cautioned against it, Garcia replied that the knife was "not for defense is for offense we are always in defense continue to be fucking peaceful and thats how you end up like Cuba[.]"

41.     On January 4, 2021, members of the MOSD exchanged additional messages on Telegram that discussed attacking the Capitol on January 6, 2021. One MOSD member posted, "what would they do [if] 1 million patriots stormed and took the capital building. Shoot into the crowd? I think not." In response, one of the leaders of the MOSD wrote, "They would do nothing because they can do nothing." Garcia participated in the same message group on January 4.

42.     Enrique Tarrio was arrested upon his arrival in Washington, D.C. on January 4, 2021. Tarrio was charged with the destruction a BLM banner in Washington, D.C. on December 12, 2020, and with the possession of two high-capacity magazines that were found in his possession during his arrest. Tarrio was released from jail on January 5, 2021. As part of the

conditions of his release, Tarrio was ordered to stay away from Washington, D.C., which meant that Tarrio would not be present in Washington, D.C. on January 6, 2021.

43.     Garcia made a number of posts on Facebook concerning Tarrio's arrest, including:

a.     On January 5, 2021, at 12:05 a.m., Garcia posted a message that stated, in part, "you wonder why we can't even trust simple crap from our own government. Fck black lives matter and ANTIFA and all the socialist garbage within our government and country."

b.     On January 5, 2021, at 12:47 a.m., Garcia posted a message that stated, in part, "I swore to protect this great nation against all enemies foreign and domestic. Free Enrique Tarrio[.]"

c.     On January 5, 2021, at 10:58 a.m., Garcia posted a message that stated, in part, "I think they planted some magazines in his vehicle because Enrique doesn't own a gun and doesn't even carry a pocket knife on him for this type of reason. The whole DC metropolitan area is croupt starting with the Mayor Bowser[.]"

44.     In response to Tarrio's arrest, Garcia and other members of the MOSD were directed by MOSD leadership to leave the original MOSD member chat on Telegram. MOSD members were told that the MOSD members chat that included Tarrio would be "nuked" (*i.e.*, deleted). A new Telegram MOSD member chat was created that did not initially include Enrique Tarrio. Garcia was added to the group on January 4, 2021. Garcia and other MOSD members were told in Telegram messages from MOSD leadership that the rally on January 6 would be continuing.

45.     On January 5, 2021, Garcia was also added to a private message group on Telegram for Proud Boys who had traveled to Washington, D.C. The Telegram group was called "Boots on Ground."

46.     Garcia and other members of the MOSD were told to meet at the Washington Monument at 10 a.m. on January 6. Members were told not to wear Proud Boys colors and instead to "[c]ome out [] as patriot!" The same instruction was issued in the Boots on Ground chat.

### *Gabriel Garcia's Participation in the January 6, 2021, Capitol Riot*

47.     On the morning of January 6, 2021, a group of more than 100 Proud Boys members met near the Washington Monument around 10 a.m. As instructed, none of the men were dressed in Proud Boys colors of black and yellow. At around 10:30 a.m., the group began to march away from the Washington Monument and the nearby speeches at the Ellipse. The group marched east toward the U.S. Capitol.

48.     Garcia did not join the group at the Washington Monument or on the march toward the Capitol. Rather, at 10:17 a.m. on January 6, 2021, Garcia posted a message in a Telegram group with other Vice City Proud Boys. Garcia reported, "I just fucking woke up getting ready."

49.     Around 1 p.m., Garcia was in Black Lives Matter Plaza. Garcia was wearing a shirt that read, "ENRIQUE TARRIO DID NOTHING WRONG!" Garcia posted a message in the Boots on Ground Telegram group that said, "Nothing like Coffee in BLM Plaza" along with an image of himself in Black Lives Matter Plaza.

50.     Approximately one minute later, messages were posted in the Boots on Ground Telegram group that said, "Storming the capital building right now!!" and "Get there[.]" Similar messages were posted in the MOSD Telegram group.

51.     In fact, at approximately 12:53 p.m., as former President Trump was still speaking to the crowd near the Ellipse, members of the large group of Proud Boys who had met at 10 a.m. near the Washington Monument had arrived at the west side of the Capitol and had breached the Capitol grounds. Garcia was not part of this group of Proud Boys.

52.     At approximately 1:21 p.m., Garcia sent a message to Fonticoba on the Boots on Ground Telegram group and asked Fonticoba to provide his "current location." Garcia then posted, "I am by the White House."

53.     At 1:29 p.m., Garcia called Fonticoba, and telephone records indicate that the call was answered and the connection lasted 63 seconds.

54.     At 1:32 p.m., Fonticoba posted a message in the Boots on Ground message group that said, "We are in front of the Capitol." At 1:35 p.m., Fonticoba messaged "We are here and we got maze and hit with paint balls."  Fonticoba then sent the coordinates "38.889802, -77.011015," which resolve to the west lawn of the Capitol grounds.

55.     Garcia walked toward the Capitol along Pennsylvania Avenue. Garcia recorded an approximately three-minute long video that showed a large crowd walking toward the Capitol in the distance. As he walked and filmed, Garcia said, "Alright, going to the Capitol. You can't stop all this, look at this. No way." A still image from the video with the Capitol in the distance is shown below.



56.     As Garcia approached the Capitol shortly after 2 p.m., Garcia saw members of the crowd climbing the scaffolding on the west side of the Capitol. Plumes of smoke billowed into the air. The still image below depicts the scene from the area that Garcia was standing.



57.     Garcia climbed on top of equipment that had been staged in preparation for the Presidential Inauguration on January 20, 2021, and Garcia moved toward the concrete stairs. Garcia can be seen in the still image on the following page moving toward the concrete stairs.



58.     Garcia climbed on top of the concrete stairs and climbed up the balustrade toward the Upper West Terrance. The image below shows Garcia moving toward the Capitol building along the balustrade.



59.     The concrete stairs led to the Upper West Terrace of the Capitol. From the Upper West Terrace, members of the crowd had direct access to doors and windows of the Capitol.

60.     The first breach of the Capitol building took place at approximately 2:12 p.m. when members of the crowd broke windows to the left and right of the Senate Wing Door. The Senate Wing Door is located on the west side of the Capitol on the Upper West Terrace. Members of the crowd began to enter the building through the broken windows and the Senate Wing Door, which had been kicked open by rioters.

61.     Garcia entered the Capitol through the Senate Wing Door at approximately 2:16 p.m. Before he entered, Garcia saw the broken windows and broken glass on the ground. An alarm was sounding in the doorway. Garcia understood that his entry into the Capitol was not authorized. Garcia can be seen entering the Capitol in the image below.



62.     After entering the Capitol, Garcia walked down the adjoining hallway and entered the area known as the Crypt at approximately 2:19 p.m. Using his phone, Garcia recorded a video that showed the conditions in the Crypt. The video is attached as Exhibit 1. As Garcia began recording, the crowd was chanting "Our House!" Within seconds, and as captured in the still image

below, Garcia turned the camera toward himself and stated, "We just went ahead and stormed the Capitol."



Garcia continued to record as he moved through the crowd and made his way to the front of the rioters. Upon arriving near the front of the crowd, Garcia saw that officers had formed a line and were attempting to keep the crowd from advancing further into the Capitol building. In Garcia's video, members of the crowd can be heard yelling at the officers as the crowd continued to chant, "Our House!" and "USA!"

63.     Garcia saw an individual push forward and attempt to breach the line of officers. As officers controlled the individual, Garcia began to yell, "Fuck you guys, you fucking traitors. Fuck you." Garcia moved to the front of the crowd and stood opposite the line of officers and

within feet of U.S. Capitol Police Officer J.L. Garcia could see that the officers were outnumbered. Garcia continued to yell at the officers, including the following statements, which were directed at Officer J.L. and the other officers:

- You ain't stopping a million. You ain't gonna hold a million back. Sorry. You ain't holding a million of us. Sorry.

- USA! Storm this shit.

- Fucking traitors.

- Our House!

- You ain't stoppin' a million of us. Keep it comin'. Keep it comin'. Storm this shit.

- You want water? You okay? They're doing their job.

- How does it feel being a traitor to the country? How does it feel?

- Back up. Hold the line.

64.    At approximately 2:24 p.m., as Garcia remained at the front of the crowd in the Crypt, the crowd in the Crypt surged forward. As depicted in the image below, Garcia moved forward with the crowd as the crowd overwhelmed the line of officers and advanced further into the Capitol building.



65.     Garcia and others in the crowd continued to advance into the Capitol. At approximately 2:28 p.m., Garcia and other members of the crowd again encountered a group of outnumbered officers, including Officer J.L. The officers attempted to stop the crowd from advancing further into the Capitol. As the images below show, Garcia again made his way to the front of the crowd and stood opposite an outnumbered line of officers.



At approximately 2:31 p.m., the line of officers began to back away from the crowd and some in the crowd, including Garcia, followed the officers. The officers rounded a corner and led the crowd toward an exit to the Upper West Terrace. However, as officers attempted to direct the crowd toward the exit, the crowd, including Garcia, proceeded up a stairwell and into the Capitol Rotunda. The diagram below shows the approximate path taken by Garcia after his entry into the Capitol, including a depiction of Garcia advancing further into the Capitol (shown in red) up the stairs rather than exiting the Capitol building through the Upper West Terrace door (shown in green). The approximate location of Garcia's encounter described in this Paragraph 65 is identified by the blue star in the diagram below.[2]



66.     Garcia recorded another video on his phone while he was in the Rotunda. While filming, Garcia recorded himself saying, "Nancy, come out and play!" "Nancy" referred to Speaker of the House Nancy Pelosi. Garcia then spotted an individual wearing a black shirt with yellow sleeves—the Proud Boys' colors. Garcia called out to him, "Whose house?" The man, a

---

[2] The approximate location of Garcia's encounter described in Paragraphs 63-64 is identified by the yellow star in the diagram.

Proud Boys member from Oregon, responded "Our House!" The two men came together in a congratulatory hug as Garcia said, "Proud of your fucking boy" and then "Uhuru!" which are both Proud Boys slogans.

67.    Garcia continued to record his video in the Rotunda. Garcia then said, "Nancy! Nancy! Proud of your boy! Nancy! Uhuru! Free Enrique!"

68.    At approximately 2:42 p.m., Garcia posed for a picture in the Rotunda of the Capitol. As can be seen in the image below, Garcia had removed his jacket to reveal a shirt that said, "ENRIQUE TARRIO DID NOTHING WRONG!"



69.     While in the Rotunda, at approximately 2:47 p.m., Garcia also climbed onto a statue

of former President Ronald Reagan. Garcia posed for a photograph while standing on the statue,

as shown below:



70.     At approximately 2:51 p.m., Garcia left the Rotunda and entered into a smaller,

adjoining room. A line of officers was preventing the crowd from advancing further into the

Capitol, and the crowd was yelling at the officers. Garcia briefly appeared near the front of the

crowd at 2:56 p.m., as shown in the image below. Garcia then returned to the Rotunda at 2:58 p.m.



71.    At approximately 2:59 p.m., Garcia approached a doorway in the Rotunda that was crowded with a pack of rioters facing a line of officers. The rioters then charged forward, attempting to collectively push through the officer line. Garcia used the weight of his body to join the rioters and push into the officer line, as shown in the photo below.



72.     During the altercation, a chemical irritant was deployed, and Garcia turned to cover his face. Garcia retreated to a nearby bench, took off his shirt, and poured water on his face to rinse his eyes.



73.     At about 3:06 p.m., police officers started to corral rioters out of the Rotunda towards the nearby Rotunda Doors. While in the foyer near the Rotunda Doors, Garcia continued to rinse his eyes. As officers directed rioters out of the doors, another rioter led Garcia out of the building.



74.    Garcia exited the Capitol building at 3:16 p.m.—approximately one hour after entering the building through the Senate Wing Door. While standing on the steps on the east side of the Capitol, Garcia continued to use water to rinse his eyes.



75.     While standing on the steps of the Capitol building, Garcia was approached by a man with a camera who asked Garcia about his experience inside the Capitol. In response to questions, Garcia stated, "We were just walking in. We didn't destroy or go in there with the intention to break anything. We want our voices heard. The cops are doing their job. I respect that."

76.     Garcia was then asked about the "confrontation" with law enforcement inside the building. Garcia responded, "Well, it wasn't a confrontation. They were blocking not to let us go. If we wanted to stay there, we could stay. But we're gonna obviously be forced to leave, which it's the nature of the game and at the end there was a couple that always do their own thing, starting pushing into them and just like so, the cops…" Garcia was then asked if he was pepper sprayed. Garcia responded, in part, that he was trying to find the "exit" and "just ended up wrong place at the wrong time."

77.     Garcia was then asked about the election and whether "we really think the election will be overturned and Joe Biden won't be inaugurated in two week or [if] this is just virtue signaling more or less." Garcia responded, in part, "[n]o. I'm here, as of right now it's not going to be overturned, which I understand. I want transparency, meaning I know the courts already have said [] there's no wrongdoing at this time, but I'd like a committee, someone from outside the states to be able to go into Georgia, to be able to go into Arizona and to be able to see what is really going on." In response to another question, Garcia went on to state that he was "for doing that committee" that Garcia said Senator Ted Cruz had supported. Garcia then stated, "at least give him ten days to investigate, that's all we're asking for."

78.     Garcia trespassed onto Capitol Grounds, breached the Capitol building, and joined mobs and confronted officers inside the Capitol in order to disrupt Congress's certification of the Electoral College vote. When he entered the Capitol building and remained inside for roughly an

hour, he knew he was not allowed to be there. When he confronted police on multiple occasions, he knew he was interfering with the police who were trying to get the rioters to leave the building.

### *Gabriel Garcia's Actions and Statements After the Riot at the Capitol*

79.     Shortly before midnight on January 6, 2021, Garcia posted messages in a Telegram chat with a large group of members of the Vice City Proud Boys. After several members posted messages suggesting that members "scrub" or "delete" messages, Garcia responded, "What goes in this chat is meant to stay in this chat[.]" Another member posted a message that read, "[d]elete everything that has you in it near the capital[.]" Seconds later, Garcia responded, "Done[.]"

80.     On January 8, 2021, at 2:41 a.m., Garcia's phone connected to an article on the world wide web that was titled, "Is storming the Capitol treason? 13 criminal laws the Trump supporters may have violated."

81.     In an interview with a news outlet in South Florida on or about January 5, 2022, Garcia explained that his "main focus was to have Senator Ted Cruz [] do a ten-day committee where they go in bi-partisan and investigate whether there was voter fraud." When asked whether he called the Capitol Police traitors, as shown in the video taken by Garcia in the Crypt, Garcia answered, "no, it was more toward Congress for not listening." Garcia then stated, "I do not have regret for expressing my First Amendment right and being heard as far as asking for an investigation into the outcome of the election."

### *Elements of the Offense*

82.     With respect to Count One, Garcia knowingly and voluntarily admits to all the elements of obstruction of an official proceeding, in violation of 18 U.S.C. § 1512(c)(2). Specifically, Garcia admits that he attempted to or did obstruct or impede an official proceeding, that is, a proceeding before Congress, specifically, Congress's certification of the Electoral College

vote as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15-18.  Second, Garcia admits that he intended to obstruct or impede the official proceeding. Third, Garcia admits that he acted knowingly, with awareness that the natural and probable effect of his conduct would be to obstruct or impede the official proceeding. Fourth, Garcia admits that he acted corruptly. Garcia also admits he willfully and knowingly entered and remained in the U.S. Capitol Building knowing that that he did not have permission to do so.

83.     With respect to Count Two, Garcia further admits that, on January 6, 2021, at the U.S. Capitol, he knowingly committed an act or attempted to commit an act with the intended purpose of obstructing, impeding, or interfering with U.S. Capitol Police Officer J.L. and other officers in the Crypt. At the time he did so, the officers in the Crypt were engaged in the lawful performance of their official duties incident to and during a civil disorder.  The civil disorder obstructed, delayed, or adversely affected commerce and the movement of any article or commodity in commerce, and the conduct or performance of a federally protected function, that is, the protection of former Vice President Michael Pence by the U.S. Secret Service.

84.     Without waiving any arguments set forth in Garcia's Motion to Dismiss Count Two (ECF 67), the parties agree that if the Court finds the existence of these facts beyond a reasonable doubt, this evidence would establish each and every element of the charged offenses for Counts 1 and 2 of the First Superseding Indictment in light of the Court's ruling on the Motion to Dismiss (ECF 85) and without waiving defendant's objection to the Court's ruling.

//

//

//

//

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:  /s/ Jason McCullough
　　　JASON B.A. MCCULLOUGH
　　　　　NY Bar No. 4544953
　　　　　DC Bar No. 998006
　　　ASHLEY AKERS
　　　　　MO Bar #69601
　　　Assistant United States Attorneys
　　　601 D Street, N.W.
　　　Washington, D.C. 20530
　　　(202) 252-7233 //
　　　Jason.McCullough2@usdoj.gov

## DEFENDANT'S ACCEPTANCE

I, Gabriel Augustin Garcia, have read the foregoing Statement of Facts for Stipulated Trial, and I have discussed this proffer fully with my attorney, Maria Rodriguez. I fully understand this Statement of Facts, and I accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of Facts fully.

Date:  10/5/2023

_____
Gabriel Augustin Garcia
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read every page of this Statement of Facts with my client, Gabriel Augustin Garcia, and have fully discussed it with my client. I concur in my client's desire to adopt this Statement of Facts as true and accurate.

Date:  10/5/23

_____
Maria Rodriguez
Attorney for Defendant Gabriel Garcia

Page **32** of **32**