UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-129 (ABJ) |
| v. : | |
| : | |
| GABRIEL AUGUSTIN GARCIA, : | |
| also known as "Gabriel Agustin Garcia," : | |
| : | |
| Defendant. : | |

**PARTIES' RESPONSE TO COURT'S MINUTE ORDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Gabriel Augustin Garcia, through his attorney, Maria Rodriguez, (altogether, the "parties") hereby file this response to the Court's Minute Order of November 13, 2023.[1]

Defendant Garcia's convictions under Counts One and Two should be grouped. Accordingly, the parties expect that the advisory guidelines range under the U.S. Sentencing Guidelines will be driven by the application of Section 2J1.2 for the conviction under 18 U.S.C. § 1512(c)(2). The parties agree that the base offense level is +14, and the parties are likely to present arguments to the Court as to the application of three additional specific offense characteristics (*i.e.*, U.S.S.G. Sections 2J1.2(b)(1)(B), 2J1.2(b)(2), and 2J1.2(b)(3)(C)). If all three specific offense characteristics were included in the guidelines, the three specific offense characteristics could add an additional 13 points to the guidelines calculation. The resulting advisory guidelines range at the low-end and high-end, after reduction for acceptance, is anticipated to be Offense Level 12 (*i.e.*, 14-2 // 10-16 months) to 24 (*i.e.*, 27-3 // 51-63 months).

---

[1] The parties provided this information to the Court's Courtroom Deputy via email on November 16, 2023, and were advised by the Courtroom Deputy that the parties should file their response on the docket.

The parties do not propose any change to the defendant's current release conditions pending sentencing if the Court finds the defendant guilty on the stipulated facts. Under 18 U.S.C. § 3143, the judicial officer must find by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released. The defendant has been on strict conditions under the Court's supervision and, based on representations from pre-trial supervision, Mr. Garcia has a recent track record of compliance. Mr. Garcia's decision to proceed with a stipulated bench trial (*i.e.*, to acknowledge the facts underlying his conduct) provides further support for his commitment to maintain compliance with the Court's conditions as he awaits sentencing. The parties do not propose any change in pre-trial release conditions pending sentencing in this matter, including the continued imposition of GPS monitoring and home detention conditions.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By: /s/ *Jason McCullough*
JASON B.A. MCCULLOUGH
D.C. Bar No. 998006; NY Bar No. 4544953
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20579
(202) 252-7233 // Jason.McCullough2@usdoj.gov

/s/ *Ashley Akers*
ASHLEY AKERS
MO Bar #69601
Trial Attorney
Detailed to the United States Attorney's Office
601 D Street, N.W.
Washington, DC 20530
(202) 353-0521 // Ashley.Akers@usdoj.gov