IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                              Case No.:  1:21-cr-129

    v.

GABRIEL GARCIA.
_____/

## AMENDED MOTION FOR PERMISSION TO TRAVEL
## OUT OF STATE TO VISIT CHILDREN (UNOPPOSED)

    COMES NOW, Gabriel Garcia, via undersigned counsel, and files this Amended Motion for Permission to Travel Out of State to Visit Children (Unopposed), and requests this Court enter its Order giving permission for Mr. Garcia to travel out of state from December 14th, 2023 thru January 2nd, 2024, and as grounds states as follows:

1. Mr. Garcia's stipulated fact trial is scheduled for November 20th, 2023.

2. Gabriel Garcia's conditions of supervision include no unauthorized travel out of state, along with home detention and GPS monitor.

3. Since our last videoconference held September 13th, 2023, Mr. Garcia and PTSO Lora have been communicating and resolving any and all issues that have arisen . . . respectfully and amicably (for example, Mr. Garcia's GPS ankle monitor going off sporadically while Mr. Garcia exercises at the gym).

4. Mr. Garcia has three minor children and extended family who reside in Texas.

5. Mr. Garcia was recently allowed to visit with his family in Texas from October 3rd thru October 17th, 2023, unfortunately, Mr. Garcia became ill only three days after his arrival and was diagnosed with strep throat on October 10th, 2023 (proof of diagnosis available upon request).

6. As PTSO Lora knows, Mr. Garcia was not able to spend time with his children and family in October as planned, rather, Mr. Garcia, pursuant to doctor's orders, quarantined away from the children as strep throat is highly contagious.

7. Mr. Garcia is allowed to visit and stay with his children in their home in Texas from December 14th, 2023 thru January 2nd, 2024 and his three children look forward to seeing their father for Christmas.

8. Mr. Garcia's daughter, albeit she attends school in Texas, has school sports practices and games in bordering New Mexico, only 50 miles from the family's home.  Mr. Garcia can provide full itineraries, addresses, and any other information necessary to all PTSO reference entering New Mexico from Texas and immediately returning from New Mexico to Texas once the sports function with his daughter is over.

9. Mr. Garcia's children miss him tremendously and were not able to have a fruitful visit with their father in October, 2023.

10. Also, importantly, Mr. Garcia has a nephew who underwent open heart surgery in Texas and is expected home from the hospital next week.  Mr. Garcia will be helping his family caretake for his nephew during Mr. Garcia's stay in Texas over the holidays.

11. The PTSO has confirmed that he has no objection with Mr. Garcia traveling to Texas (and briefly to New Mexico and back for his daughter's sports function) to be with his children for the holidays and to help take care of his nephew recuperating from open heart surgery from December 14th, 2023 thru January 2nd, 2024.

12. Mr. Garcia also avails himself to a curfew of 11pm-6am.

13. The Government is unopposed to Mr. Garcia traveling out-of-state travel for the stated purpose contained herein.

WHEREFORE, Defendant respectfully requests this Honorable Court consider this Unopposed Motion, grant this Motion, and enter its Order accordingly.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing Amended Motion for Permission to Travel Out of State to Visit Children (Unopposed) has been furnished via Electronic Filing to AUSA, Ashley Akers, Jason McCullough, Office of the U.S. Attorney, District of Columbia, and all other parties listed on this 17th day of November, 2023.

                              */S/ Maria T. Rodriguez*

                              Maria T. Rodriguez, Attorney at Law
                              P.O. Box 2176
                              Tarpon Springs, FL 34688
                              Tel:  (727) 238-2342
                              Fla. Bar No.:  168180 / District of Columbia
                              Email:  attorneymariar@aol.com