UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 21-CR-129 (ABJ) |
| v. | : | |
| | : | |
| GABRIEL AUGUSTIN GARCIA, | : | |
| also known as "Gabriel Agustin Garcia," | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS
PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibit that was provided to the Court via USAfx and played in its entirety in open Court during the stipulated bench trial on November 20, 2023:

➢ Government Exhibit 1 is a video taken by Gabriel Garcia on January 6, 2021. It is approximately 5 minutes and 31 seconds in length.

Because Government Exhibit 1 is a video clip, it is not in a format that readily permits electronic filing on CM/ECF. The United States takes the position that Government Exhibit 1 should be promptly released to the public.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By: /s/ *Jason McCullough*
JASON B.A. MCCULLOUGH
D.C. Bar No. 998006; NY Bar No. 4544953
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20579
(202) 252-7233 // Jason.McCullough2@usdoj.gov

1

/s/ *Ashley Akers*
ASHLEY AKERS
MO Bar #69601
Trial Attorney
Detailed to the United States Attorney's Office
601 D Street, N.W.
Washington, DC 20530
(202) 353-0521 // Ashley.Akers@usdoj.gov