IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                              Case No.: 1:21-cr-129

    v.

GABRIEL GARCIA.
_____/

## MOTION TO CONTINUE SENTENCING DATE (UNOPPOSED)
## (SUPPLEMENT FILED UNDER SEAL)

    COMES NOW, Gabriel Garcia, via undersigned counsel, and files this Motion to Continue Sentencing Date (Unopposed) and requests this Honorable Court vacate the Sentencing date scheduled for March 28th, 2024 and schedule the Sentencing date to on or after April 29th, 2024, at the Court's convenience, and as grounds states as follows:

1. Mr. Garcia's Stipulated Fact Trial took place prior to the holidays on November 20th, 2023.

2. Pursuant to this Court's Minute Order entered on November 20th, 2023, the Sentencing Memorandum is Due March 18th, 2024 and Sentencing is scheduled for March 28th, 2024 at 9:30a.m.

3. Due to counsel's scheduling and other unforeseen circumstances, Mr. Garcia's initial pre-sentence interview with Probation was delayed. As a result of these delays, the Probation Officer requests an additional 45 days to prepare the draft for the Sentencing Memorandum wherein both Defense and Government have an opportunity to object.

4. Mr. Garcia has signed his medical releases provided by the Probation Officer, however, continues to gather all financial history, medical records, and information to submit to Probation.

5. The Probation Office has not yet received the defendant's financial affidavit, a signed credit release and military records that the defendant will provide. Defense counsel asserts that such information will be provided to the Probation Office no later than February 16, 2024. The Probation Office requests until March 29th, 2024, to complete its draft Pre-Sentence Report.

6. Counsel has filed a Supplement to this Motion under Seal, and for the reasons stated therein also requests that Sentencing be continued.

7. Probation is unopposed to this Motion.

8. Government is unopposed to a brief continuance of Sentencing.

9. Counsel for Gabriel Garcia asserts this Motion to Continue and its Sealed Supplement is filed in good faith and not for any purpose of frustration or undue delay.

WHEREFORE, Defendant respectfully requests this Honorable Court consider this Motion to Continue Sentencing Date, grant this Motion, vacate Sentencing scheduled for March 28th, 2024 and schedule a Sentencing date at the Court's convenience for on or after April 29th, 2024, and enter its Order accordingly.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Continue Sentencing Date (Unopposed) (Supplement Filed Under Seal) has been furnished via Electronic Filing to AUSA, Ashley Akers, AUSA Jason McCullough, Office of the U.S. Attorney, District of Columbia, and all other parties listed on this 6th day of February, 2024.

/S/ Maria T. Rodriguez

Maria T. Rodriguez, Attorney at Law
P.O. Box 2176
Tarpon Springs, FL 34688
Tel: (727) 238-2342
Fla. Bar No.: 168180 / District of Columbia
Email: attorneymariar@aol.com