IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    v.                                                                         Case No.:  1:21-cr-129

GABRIEL GARCIA.
_____/

## MOTION TO FILE 'MOTION FOR TEMPORARY REMOVAL OF ANKLE MONITOR (UNOPPOSED)' (UNDER SEAL)

    Defense counsel requests the Court enter its Order requiring the Motion for Temporary Removal of Ankle Monitor be filed under seal so that the Motion will not be made public for the following reasons:

    The Motion for Temporary Removal of Ankle Monitor contains sensitive (addresses) and privileged HIPAA medical information that should not be made available to the public.

    Therefore, defense requests this Motion be filed under seal.

Respectfully submitted,

*/S/ Maria T. Rodriguez*
_____
Maria T. Rodriguez, Attorney at Law
P.O. Box 2176
Tarpon Springs, FL 34688
Tel:  (727) 238-2342
Fla. Bar No.:  168180 / US FL MD, SD AND DC
Email:  attorneymariar@aol.com