IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                                        Case No.:  1:21-cr-129

      v.

GABRIEL GARCIA.
_____/

## MOTION FOR TEMPORARY REMOVAL OF ANKLE MONITOR (UNOPPOSED) (UNDER SEAL)

COMES NOW, Gabriel Garcia, via undersigned counsel, and files this Motion for Temporary Removal of Ankle Monitor (Unopposed) (Under Seal), and requests this Court enter its Order giving permission for Mr. Garcia's ankle monitor to be removed temporarily by probation for purposes of MRI as follows:

1. Two weeks ago Mr. Garcia went to the VA Hospital emergency room in Miami.

2. The VA facility wanted to take an MRI of Mr. Garcia's back.

3. Mr. Garcia contacted his probation officer while at the VA, however, probation informed Mr. Garcia that a motion to the Court would be necessary in order to temporarily remove Mr. Garcia's ankle monitor for purposes of an MRI.

4. Mr. Garcia has an appointment scheduled for February 21st at 9:00a.m. with Stand Up MRI, 1661 S.W. 37th Ave., Suite 100, Miami, Florida 33145.

5. Mr. Garcia requests the ankle monitor be removed the eve of the MRI (February 20th) and re-attached the following afternoon (February 21st) after successful MRI images are had.

6. Mr. Garcia will avail himself to probation and their directives for the purpose of a temporary removal of the ankle monitor.

7. The Government is unopposed to this Motion.

WHEREFORE, Defendant respectfully requests this Honorable Court grant this Motion for Temporary Removal of Ankle Monitor and enter its Order permitting probation to temporarily remove Mr. Garcia's ankle monitor for purposes of MRI.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Temporary Removal of Ankle Monitor (Unopposed) (Under Seal) has been furnished via Electronic Filing to AUSA, Ashley Akers and AUSA, Jason McCullough, Office of the U.S. Attorney, District of Columbia, and all other parties listed on this 14th day of February, 2024.

*/S/ Maria T. Rodriguez*

Maria T. Rodriguez, Attorney at Law
P.O. Box 2176
Tarpon Springs, FL 34688
Tel:  (727) 238-2342
Fla. Bar No.:  168180 / District of Columbia
Email:  attorneymariar@aol.com