IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                                          Case No.:  1:21-cr-129

      v.

GABRIEL GARCIA.

_____/

**EMERGENCY MOTION FOR PERMISSION TO TRAVEL
OUT OF STATE TO VISIT CHILDREN (UNOPPOSED BY PTSO)**

COMES NOW, Gabriel Garcia, via undersigned counsel, and files this Emergency Motion for Permission to Travel Out of State to Visit Children (Unopposed by PTSO), and requests this Honorable Court enter its Order giving permission for Mr. Garcia to travel out of state from February 25th, 2024 thru March 19th, 2024, and as grounds states as follows:

1. Mr. Garcia's sentencing date is scheduled for April 30th, 2024.

2. Gabriel Garcia's conditions of supervision include no unauthorized travel out of state, along with home detention and GPS monitor.

3. Mr. Garcia has three minor children and extended family who reside in Texas.

4. Mr. Garcia is allowed to visit and stay with his children in their home in Texas from February 25th, 2024 thru March 19th, 2024.

5. Mr. Garcia is requesting to drive to Texas (4 days) and back from Texas (4 days) as flights are expensive due to the airport near his children being a small airport.  Mr. Garcia driving his own vehicle is also more cost effective as he would not need to rent a vehicle for two weeks after a flight.

6. Mr. Garcia's only stops while driving would be for food, fuel, and sleep.  Mr. Garcia can and will provide a detailed itinerary to probation.

7. Mr. Garcia will be spending the two weeks of spring break with his children.

8. Mr. Garcia also avails himself to a curfew of 11pm-6am.

9. The PTSO has confirmed that he has no objection with Mr. Garcia traveling to be with his children for spring break prior to sentencing on April 30th, 2024.

10. Defense attempted to ascertain from the Government their position, however, no contact has been made with defense to date.

    WHEREFORE, Defendant respectfully requests this Honorable Court consider this Emergency Motion to Travel Out of State (Unopposed by PTSO), grant this Motion, and enter its Order accordingly.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Permission to Travel Out of State to Visit Children has been furnished via Electronic Filing to AUSA, Ashley Akers, Jason McCullough, Office of the U.S. Attorney, District of Columbia, and all other parties listed on this 21ST day of February, 2024.

*/S/ Maria T. Rodriguez*

Maria T. Rodriguez, Attorney at Law
P.O. Box 2176
Tarpon Springs, FL 34688
Tel:  (727) 238-2342
Fla. Bar No.:  168180 / District of Columbia
Email:  attorneymariar@aol.com