UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-129 (ABJ) |
| v. : | |
| : | |
| GABRIEL AUGUSTIN GARCIA, : | |
| also known as "Gabriel Agustin Garcia," : | |
| : | |
| Defendant. : | |

## GOVERNMENT RESPONSE TO COURT'S MINUTE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this response to the Court's Minute Order of February 21, 2024.

Defendant Garcia seeks permission for Mr. Garcia to travel out of state from February 25 through March 19, 2024. The government has no opposition to the motion. After consultation with Pretrial Supervision, the government respectfully requests that the Court include the following conditions in its Order:

- The Defendant shall provide a detailed itinerary to Pretrial Supervision by February 23, 2024, including the address of the children's home in Texas (if different than previous); and

- The Defendant shall report daily to Pretrial Supervision between February 25 – 29, 2024 (i.e., drive to Texas), and March 15 – 19, 2024 (i.e., return drive from Texas) with the address of any stops greater than four hours[1] to include the name(s) and address(es) of any temporary lodging.

---

[1] Defendant asserted that the "only stops while driving would be for food, fuel, and sleep." ECF 158 at ¶ 6.

1

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar Number 481052

By:   /s/ *Jason McCullough*
        JASON B.A. MCCULLOUGH
        D.C. Bar No. 998006; NY Bar No. 4544953
        Assistant United States Attorney
        601 D Street, NW
        Washington, D.C. 20579
        (202) 252-7233 // Jason.McCullough2@usdoj.gov

        /s/ *Ashley Akers*
        ASHLEY AKERS
        MO Bar #69601
        Trial Attorney
        Detailed to the United States Attorney's Office
        601 D Street, N.W.
        Washington, DC 20530
        (202) 353-0521 // Ashley.Akers@usdoj.gov