IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                              Case No.:  1:21-cr-129
v.

GABRIEL GARCIA.
_____/

**EMERGENCY MOTION TO EXTEND OUT OF STATE VISIT WITH CHILDREN (UNOPPOSED)**

COMES NOW, Gabriel Garcia, via undersigned counsel, and files this Emergency Motion to Extend Out of State Visit With Children (Unopposed), and requests this Honorable Court enter its Order giving permission for Mr. Garcia to remain out of state from March 18th, 2024 thru March 27th, 2024, and as grounds states as follows:

1. Mr. Garcia has been visiting with his children in Texas for spring break and was to return to Miami, Florida on March 19th, 2024.

2. Mr. Garcia has availed himself of his curfew and has provided his itinerary to probation at all times while traveling and while out of State.

3. Probation is aware of the circumstances surrounding the need for this Emergency Motion and the need to extend Mr. Garcia's visit.

4. Mr. Garcia will return to Miami, Florida on March 27th, 2024.

5. Please see sealed Supplement and Exhibit as to the reasons why an extension of time is necessary.

6. The Government is unopposed to this Motion.

WHEREFORE, Defendant respectfully requests this Honorable Court consider this Emergency Motion to Extend Out of State Visit With Children, grant this Motion, and enter its Order accordingly.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Extend Out of State Visit With Children (Unopposed) has been furnished via Electronic Filing to AUSA, Ashley Akers, Jason McCullough, Office of the U.S. Attorney, District of Columbia, and all other parties listed on this 17th day of March, 2024.

*/S/ Maria T. Rodriguez*

Maria T. Rodriguez, Attorney at Law
P.O. Box 2176
Tarpon Springs, FL 34688
Tel:  (727) 238-2342
Fla. Bar No.:  168180 / District of Columbia
Email:  attorneymariar@aol.com