IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   Case No.: 1:21-cr-129

v.

GABRIEL GARCIA.
_____/

**MOTION FOR PERMISSION TO TRAVEL
OUT OF STATE TO VISIT CHILDREN (UNOPPOSED)**

COMES NOW, Gabriel Garcia, via undersigned counsel, and files this Motion for Permission to Travel Out of State to Visit Children (Unopposed), and requests this Honorable Court enter its Order giving permission for Mr. Garcia to travel out of state from May 23rd 2024 thru June 20th, 2024, and as grounds states as follows:

1. Mr. Garcia's sentencing date is scheduled for September 3rd, 2024.

2. Gabriel Garcia's conditions of supervision include no unauthorized travel out of state, along with home detention and GPS monitor.

3. Mr. Garcia has three minor children and extended family who reside in Texas.

4. Mr. Garcia is allowed to visit and stay with his children in their home in Texas from May 23rd 2024 thru June 20th, 2024.

5. Mr. Garcia's mother will also be accompanying Mr. Garcia and they will be flying to Texas and flying back from Texas.

6. Mr. Garcia's daughter's birthday and graduation falls within the travel time requested.

7. Mr. Garcia also avails himself to a curfew of 12am-6am.

8. Mr. Garcia will separately provide pretrial with his flight itinerary and confirm the home address in Texas where Mr. Garcia will be staying.

9. The PTSO has no objection with Mr. Garcia traveling to be with his children prior to sentencing on September 3rd, 2024.

10. The Government is unopposed to Mr. Garcia traveling out-of-state for the stated purpose contained herein.

WHEREFORE, Defendant respectfully requests this Honorable Court consider this Motion to Travel Out of State (Unopposed), grant this Motion, and enter its Order accordingly.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Permission to Travel Out of State to Visit Children (Unopposed) has been furnished via Electronic Filing to AUSA, Ashley Akers, Jason McCullough, Office of the U.S. Attorney, District of Columbia, and all other parties listed on this 6th day of May, 2024.

*/S/ Maria T. Rodriguez*

Maria T. Rodriguez, Attorney at Law
P.O. Box 2176
Tarpon Springs, FL 34688
Tel:  (727) 238-2342
Fla. Bar No.:  168180 / District of Columbia
Email:  attorneymariar@aol.com