IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                                          Case No.:  1:21-cr-129

    v.

GABRIEL GARCIA.
_____/

## MOTION TO LIFT HOME DETENTION (TEMPORARY)

    COMES NOW, Gabriel Garcia, via undersigned counsel, and files this Motion to Lift Home Detention (Temporary), and requests this Honorable Court enter its Order giving permission for Mr. Garcia's home detention requirements to be lifted from June 20th, 2024 thru August 20th, 2024 and as grounds states as follows:

1. Mr. Garcia's sentencing date is scheduled for September 3rd, 2024 in the District of Columbia.

2. Mr. Garcia's conditions of supervision include home detention along with GPS ankle monitoring.

3. Mr. Garcia has three minor children who will be traveling back to Florida from Texas to spend a month with their father in Florida.

4. Mr. Garcia's home detention includes having to provide probation an itinerary of any necessary outings no later than 2 days in advance.  Probation then has to approve or disapprove the schedule.

5. Mr. Garcia wants to be able to enjoy time with his children without the stress of home detention requirements, temporarily, while the children are in Florida.

6. With three children ranging in ages, it is reasonable for Mr. Garcia's home detention to be lifted temporarily so that the children can enjoy their stay with their father and the paternal side of the family and enjoy spontaneous outings together as families do.

7. Mr. Garcia's ankle monitor will remain and Mr. Garcia will adhere to a curfew of 12pm-6am.

8. Government is generally opposed to lifting of home detention.

9. As this is an uncommon request for a 30 day temporary lifting of home detention, in the best interest of Mr. Garcia's family and importantly his three children, defense hopes the Government and the Court can make an exception.

10. A U.S. Department of Veterans Affairs letter dated May 3rd, 2023 reference home detention has been filed under Seal as an Attachment for the Court's consideration on this motion.

WHEREFORE, Defendant respectfully requests this Honorable Court consider this Motion to Lift Home Detention (Temporary) and its attachment under Seal, grant this Motion, and enter its Order lifting Mr. Garcia's home detention temporarily between the dates of June 20th 2024 and July 20th, 2024 with GPS monitoring and 12pm – 6am curfew still in effect.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Lift Home Detention (Temporary) has been furnished via Electronic Filing to AUSA, Ashley Akers, Jason McCullough, Office of the U.S. Attorney, District of Columbia, and all other parties listed on this 14th T day of June, 2024.

/S/ Maria T. Rodriguez

Maria T. Rodriguez, Attorney at Law
P.O. Box 2176
Tarpon Springs, FL 34688
Tel:  (727) 238-2342
Fla. Bar No.:  168180 / District of Columbia
Email:  attorneymariar@aol.com