IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                Case No.: 1:21-cr-129

v.

GABRIEL GARCIA.
_____/

## MOTION FOR PERMISSION TO TRAVEL
## TO ORLANDO WITH CHILDREN (UNOPPOSED)

COMES NOW, Gabriel Garcia, via undersigned counsel, and files this Motion for Permission to Travel to Orlando With Children (Unopposed), and requests this Honorable Court enter its Order giving permission for Mr. Garcia to travel to Orlando Florida from July 10th – July 12th, 2024, and as grounds states as follows:

1. Mr. Garcia's sentencing date is scheduled for September 3rd, 2024.

2. Conditions of supervision were modified on June 20th, 2024 via Minute Order which included no home detention requirement from 9am – 8pm within a 10 mile radius of Mr. Garcia's home while the children are visiting their father in Florida.

3. The children are desirous of going to Universal Studios in Orlando Florida during their short stay.

4. Mr. Garcia requests the dates of July 10th-July12th, 2024 to travel to Universal Studios with his children.

5. Mr. Garcia's PTSO has no objection to the Court entering an Order allowing travel to Universal Studios Orlando with a curfew of midnight-5am for July 10th – July 12th, 2024 (Mr. Garcia would drive to Universal Studios from Miami and back with his children).

6. Mr. Garcia will provide all necessary information to the PTSO.

7. Government is unopposed to this Motion.

WHEREFORE, Defendant respectfully requests this Honorable Court consider this Motion to Travel to Orlando With Children (Unopposed), grant this Motion, and enter its Order accordingly.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Permission to Travel to Orlando With Children has been furnished via Electronic Filing to AUSA, Jason McCullough and Ashley Akers, Office of the U.S. Attorney, District of Columbia, and all other parties listed on this 30th day of June, 2024.

*/S/ Maria T. Rodriguez*

Maria T. Rodriguez, Attorney at Law
P.O. Box 2176
Tarpon Springs, FL 34688
Tel: (727) 238-2342
Fla. Bar No.: 168180 / District of Columbia
Email: attorneymariar@aol.com