IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                                    Case No.:  1:21-cr-129

    v.

GABRIEL GARCIA.
_____/

## MOTION TO EXTEND TIME

    COMES NOW, Gabriel Garcia, via undersigned counsel, and files this Motion to Extend Time and requests this Honorable Court enter its Order giving permission for Mr. Garcia's present probation terms to be extended from July 20th, 2024 thru August 20th, 2024 and as grounds states as follows:

1. Mr. Garcia's sentencing date is scheduled for September 3rd, 2024 in the District of Columbia.

2. Mr. Garcia's conditions of supervision include home detention along with GPS ankle monitoring.

3. Mr. Garcia has three minor children who are presently visiting their father in Florida.

4. On June 20th, 2024 this Court entered its Minute Order allowing for Mr. Garcia to leave his home within a 10 mile radius without seeking advance permission from probation only for the hours of 9am-8pm and the dates of June 20th thru July 20th, 2024 while the children are visiting their father in Florida.

5. Pursuant to Mr. Garcia's long distance Parenting Plan, Mr. Garcia is to have the children for 8 uninterrupted weeks in the summer in Florida.

6. Both Mr. Garcia and his ex-wife are desirous of Mr. Garcia exercising his summer schedule.

7. Mr. Garcia has adhered to all probation conditions.

8. Government was contacted reference their position on this Motion on July 12th, 2024, however, defense has not received a response as of this date.

    WHEREFORE, Defendant respectfully requests this Honorable Court consider this Motion to Extend, grant this Motion, and enter its Order extending Mr. Garcia's present probation terms from July 20th thru August 20th, 2024.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Lift Home Detention (Temporary) has been furnished via Electronic Filing to AUSA, Ashley Akers, Jason McCullough, Office of the U.S. Attorney, District of Columbia, and all other parties listed on this 17th day of July, 2024.

                                            */S/ Maria T. Rodriguez*

                                            Maria T. Rodriguez, Attorney at Law
                                            P.O. Box 2176
                                            Tarpon Springs, FL 34688
                                            Tel:  (727) 238-2342
                                            Fla. Bar No.:  168180 / District of Columbia
                                            Email:  attorneymariar@aol.com