IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   Case No.: 1:21-cr-129

v.

GABRIEL GARCIA.
_____/

## NOTICE

COMES NOW, Maria T. Rodriguez, Esquire and files this Notice to the Court on the following directives addressed to counsel as follows:

1. The Minute Order entered July 17th, 2024 has been forwarded to Mr. Garcia.

2. Pursuant to the Minute Order, the Clerk was to email form CJA 23 to counsel, however, counsel has not seen said form from the Clerk.

3. Counsel did find form CJA 23 on www.uscourts.gov and has also provided said form to Mr. Garcia.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been furnished via Electronic Filing to AUSA, Ashley Akers, Jason McCullough, Office of the U.S. Attorney, District of Columbia, and all other parties listed on this 18th day of July, 2024.

*/S/ Maria T. Rodriguez*

Maria T. Rodriguez, Attorney at Law
P.O. Box 2176
Tarpon Springs, FL 34688
Tel: (727) 238-2342
Fla. Bar No.: 168180 / District of Columbia
Email: attorneymariar@aol.com