# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| | **)** | |
| **v.** | **)** | **Case No. 21-cr—00129-ABJ** |
| | **)** | |
| **GABRIEL GARCIA** | **)** | |
| | **)** | |
| | **)** | |
| **Defendant** | **)** | |
| | **)** | |

## DEFENDANT GABRIEL GARCIA'S MOTION TO CONTINUE SENTENCING

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW comes Defendant Gabriel Garcia by and through his undersigned counsel of record William L. Shipley Jr., and respectfully requests this Honorable Court to continue the sentencing in this matter, currently set for September 3, 2024.

Undersigned was retained and filed a Notice of Appearance in this case on July 29, 2024. *See* ECF No. 181.

Undersigned immediately reached out to Government Counsel who promptly provided undersigned all exhibits from the Stipulated Bench Trial.

Undersigned will need time to review the exhibits and transcripts from the trial, prepare possible post-trial motions in light of the Supreme Court decision in *United States v. Fischer*, review the PSR issues by the United States Probation Office, and draft a sentencing statement.

Undersigned also is set begin trial in *United States v. Hughes*, 21-cr-00237-CJN which begins on August 6, 2024.  Undersigned has two other trials set throughout August and early September, *United States v. Pepe*, 21-cr-00052-TJK which begins on August 20, 2024, and *United States v. Lee*, 21-cr-00303-ABJ which begins on September 4, 2024.

Undersigned has conferred with Government Counsel Jason McCullough who does not oppose a short continuance.  Both undersigned and Government Counsel McCullough would propose a day during the week of September 23, 2024 should this Court have availability.

Based on the foregoing, Defendant Garcia respectfully requests this Court grant his Motion to Continue Sentencing.

Dated: July 30, 2024                     Respectfully Submitted,

                                         /s/ William L. Shipley
                                         William L. Shipley, Jr., Esq.
                                         PO BOX 745
                                         Kailua, Hawaii 96734
                                         Tel: (808) 228-1341
                                         Email: 808Shipleylaw@gmail.com

                                         *Attorney for Defendant*