UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-129 (ABJ) |
| v. : | |
| : | |
| GABRIEL AUGUSTIN GARCIA, : | |
| also known as "Gabriel Agustin Garcia," : | |
| : | |
| Defendant. : | |

**GOVERNMENT RESPONSE TO COURT'S MINUTE ORDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this response to the Court's Minute Order of July 18, 2024, which directed the government to inform the Court how it intends to proceed in this case following the Supreme Court's decision in *Fischer v. United States*, 144 S. Ct. 2176 (2024).

On November 20, 2023, the parties appeared for a Stipulated Bench Trial on Counts One and Two of the First Superseding Indictment, which charged the defendant Gabriel Garcia with violations of 18 U.S.C. § 231(a)(3) and 1512(c)(2), respectively. At the conclusion of the Stipulated Bench Trial, the Court found the defendant guilty as to Counts One and Two of the First Superseding Indictment.

On June 28, 2024, the Supreme Court issued its opinion in *Fischer*, which held that Section 1512(c)(2) does not cover "all means of obstructing, influencing, or impeding any official proceeding." *Fischer*, 144 S. Ct. at 2185. The Court held that, to prove a violation of Section 1512(c)(2), the government must establish that the defendant impaired the availability or integrity for use in an official proceeding of records, documents, objects, or other things used in the proceeding—such as witness testimony or intangible information—or that the defendant attempted to do so. *Id.* at 2186, 2190.

1

Given the long pendency of this case, including the length of time since the defendant's conviction in November 2023, as well as the recent entry of new counsel for defendant, the government seeks to proceed to sentencing as expeditiously as possible. Furthermore, given the Court's felony conviction of the defendant on Count One and the established record in this case (ECF 149), the government believes that it is in the interest of justice and judicial economy that the government dismiss Count Two and proceed to sentencing on Count One. Accordingly, the government hereby declares its intention to move to dismiss Count Two at the Sentencing Hearing on September 25, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By: /s/ *Jason McCullough*
JASON B.A. MCCULLOUGH
D.C. Bar No. 998006; NY Bar No. 4544953
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20579
(202) 252-7233 // Jason.McCullough2@usdoj.gov

/s/ *Ashley Akers*
ASHLEY AKERS
MO Bar #69601
Trial Attorney
Detailed to the United States Attorney's Office
601 D Street, N.W.
Washington, DC 20530
(202) 353-0521 // Ashley.Akers@usdoj.gov