UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 21-cr—00129-ABJ |
| ) | |
| GABRIEL GARCIA ) | |
| ) | |
| ) | |
| Defendant ) | |
| ) | |

**DEFENDANT GABRIEL GARCIA'S MOTION TO TEMPORARY MODIFY
TERMS AND CONDITIONS OF RELEASE**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW comes Defendant Gabriel Garcia by and through his undersigned counsel of record William L. Shipley Jr., and respectfully requests this Court to modify the terms and conditions of Defendant Garcia's release by temporarily allowing the removal of the ankle monitor in order to undergo an MRI procedure.

On Friday, March 15th, 2024, while visiting his children in Texas, Defendant Garcia dislocated and injured his left shoulder playing basketball with his son. Defendant Garcia's injury required a visit to a local emergency room that same day. Defendant Garcia has had surgery on the same shoulder on the past.

In a follow-up examination on August 14, 2024, the VA medical staff recommended that Mr. Garcia schedule an appointment for an MRI for his left shoulder. He was advised that in order to undergo the MRI the ankle monitor needs to be removed. Defendant Garcia therefore requests that his terms and conditions of pretrial release be modified to allow Pretrial Services to temporarily remove the ankle monitor prior to MRI and re-attached the following afternoon after the completion of the MRI.

Scheduling such a procedure with the VA can be an inexact exercise. Defendant Garcia has made a request for such a procedure to be scheduled, but cannot predict when that procedure will be or how many days in advance of the procedure he will be notified.

Because of this uncertainty, Defendant Garcia asks that the Court authorize Pretrial Services to remove the ankle monitor 24 hours prior to the scheduled MRI procedure once Defendant Garcia is advised by the VA of when

that procedure will take place, and to reattach the monitor within 24 hours of the procedure being completed. Defendant Garcia will keep Pretrial Services apprised of the status of his request and any issues involving scheduling of the procedure, and will provide written evidence of the scheduled procedure to Pretrial Services once it is provided to him by the VA.

Wherefore Defendant Garcia requests this Court grant his motion and modify the terms and conditions of his release to allow Pretrial Services to remove of the ankle monitor once Pretrial Services has written confirmation of the date the MRI procedure is scheduled as provided for herein.

Dated: August 28, 2024                    Respectfully Submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*