UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-00129-ABJ |
| ) | |
| GABRIEL GARCIA ) | |
| ) | |
| Defendant ) | |

**DEFENDANT GABRIEL GARCIA'S MOTION TO MODIFY TERMS AND CONDITIONS OF RELEASE**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW comes Defendant Gabriel Garcia by and through his undersigned counsel of record William L. Shipley Jr., and respectfully files this Motion to Modify Terms and Conditions of Release

Defendant Gilbert Garcia was originally arrested on February 2, 2021. On February 11, 2021 he was released pending trial on terms and conditions of pretrial release that included: "Curfew." You are restricted to your residence every day (X) from 10:00 pm to 6:00 am.  See ECF No. 9 Pg. 2 at ln p.

On February 17, 2021, Mr. Garcia's terms and conditions were amended to provide that his home detention would apply between the hours of 10:00 pm and 5:30 am.

After a stipulated bench trial on November 20, 2023, this Court found Defendant Garcia guilty of Count 1 (18 U.S.C. Sec. 231(a)(3)) and Count 2 (18 U.S.C. Sec 1512(c)(2)) of the Superseding Indictment.

On August 8, 2024, the Government filed a response to this Court July 18, 2024, order stating that it would be dismissing Court 2 of the Superseding Indictment following the Supreme Court decision in *Fischer v. United States*. *See* ECF No. 183.

Mr. Garcia is currently set to be sentenced by this Court on September 25, 2024.

Mr. Garcia recognizes that in the Court's eyes his compliance with the terms and conditions of pretrial release has been problematic.  However, there have not been any issues with compliance since March 2023 – a period of 18 months.

This request to modify his terms and conditions of release – to eliminate the curfew provisions while keeping in place the GPS monitoring -- is directly related to Mr. Garcia's primary source of income at this time, and therefore represents new facts not previously considered by this Court with respect to his pretrial release status.

Mr. Garcia operates a business involving rentals of specialized vehicles to a limited clientele in Southern Florida. Many rental requests come with very little notice, and Mr. Garcia personally delivers the requested vehicle to the customer. To operate most efficiently and realize the highest level of customer satisfaction – thereby not losing customers to other service providers -- Mr. Garcia needs to be responsive to the requests of his clients 24 hours a day, as rental requests are not limited to any specific hours.

To make deliveries during the hours he is restricted by his curfew Mr. Garcia has had to rely on third parties. That causes him to incur an expense that would not otherwise be incurred, reducing the amount of revenue that he realizes from each such transaction. It also results in a delay in the delivery to the customer that would not otherwise apply, as Mr. Garcia has to secure the assistance of a third party and arrange for that third party to pick up the vehicle for delivery. As a result, Mr. Garcia realizes less revenue for himself from each rental, and some unknown number of customers are lost because they can secure a desired vehicle more quickly from a competitor offering the same service.

Mr. Garcia anticipates that he will face some term of incarceration as part of his sentence. Because of that he is endeavoring to earn as much income

as possible for the benefit of his family while he is away. Removing the 10:00 pm to 5:30 am curfew, while still monitored via GPS, would contribute to Mr. Garcia being able to accomplish that goal.

On that basis, Mr. Garcia respectfully requests that this Court modify his terms and conditions of pretrial release to remove the home detention/curfew restriction so that he may efficiently operate his business, while having him remain on GPS monitoring so his whereabouts can be monitored and reviewed by Pretrial Services so as to keep the Court informed.

Dated: September 3, 2024                    Respectfully Submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*