UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-129 (ABJ) |
| v. : | |
| : | |
| GABRIEL AUGUSTIN GARCIA, : | |
| also known as "Gabriel Agustin Garcia," : | |
| : | |
| Defendant. : | |

## GOVERNMENT RESPONSE TO COURT'S MINUTE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this response to the Court's Minute Order of September 4, 2024, which directed the government to inform the Court of its position with respect to defendant's Motion to Modify Conditions of Release (ECF 185).

The government does not oppose the removal of a curfew restriction from 10:00 p.m. to 5:30 a.m. for the limited purpose of making vehicle deliveries to customers or retrieving vehicles from customers in furtherance of Mr. Garcia's employment. The government proposes that the Court include this express limitation concerning its modification to the curfew condition in its Order.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By: /s/ *Jason McCullough*
JASON B.A. MCCULLOUGH
D.C. Bar No. 998006; NY Bar No. 4544953
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20579
(202) 252-7233 // Jason.McCullough2@usdoj.gov

1

/s/ *Ashley Akers*
ASHLEY AKERS
MO Bar #69601
Trial Attorney
Detailed to the United States Attorney's Office
601 D Street, N.W.
Washington, DC 20530
(202) 353-0521 // Ashley.Akers@usdoj.gov