UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 21-CR-129 (ABJ) |
| v. | : | |
| | : | |
| GABRIEL AUGUSTIN GARCIA, | : | |
| also known as "Gabriel Agustin Garcia," | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT RESPONSE TO COURT'S MINUTE ORDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this response to the Court's Minute Order of September 17, 2024.

The parties conferred by email on Wednesday, September 11, 2024, and the parties confirmed their mutual understanding that the parties would file sentencing memoranda on Wednesday, September 18, 2024, which date is one week before the sentencing hearing scheduled for September 25, 2024. Since the Court's Minute Order on September 17, the parties have been in communication via email. In those communications, the government learned yesterday that the defense intends to move to continue the sentencing hearing. The government awaits the defendant's motion. Absent a motion from the defendant and resultant continuance granted by this Honorable Court, the government is prepared to file its sentencing memorandum on September 20, 2024, and to proceed with sentencing on September 25, 2024.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar Number 481052

By:  */s/ Jason McCullough*
    JASON B.A. MCCULLOUGH

1

D.C. Bar No. 998006; NY Bar No. 4544953
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20579
(202) 252-7233 // Jason.McCullough2@usdoj.gov

/s/ *Ashley Akers*
ASHLEY AKERS
MO Bar #69601
Trial Attorney
Detailed to the United States Attorney's Office
601 D Street, N.W.
Washington, DC 20530
(202) 353-0521 // Ashley.Akers@usdoj.gov