UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr—00129-ABJ |
| ) | |
| GABRIEL GARCIA ) | |
| ) | |
| Defendant ) | |

**DEFENDANT GABRIEL GARCIA'S MOTION TO CONTINUE SENTENCING**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW comes Defendant Gabriel Garcia by and through his undersigned counsel of record William L. Shipley Jr., and respectfully requests that his Sentencing Hearing in this matter, currently set for September 25, 2024, be continued so as to comply with Federal Rule of Criminal Procedure 32(e)(2).

On September 17, 2024, this Court issued an Electronic Order directing that the Sentencing Memoranda from the Government and Defendant Garcia be filed on or before on September 20, 2024.  The Court's Order noted that the final Presentence Report from the United States Probation Office had not yet been filed.  The reason(s) for this oversight had to do with changes in defense counsel and delays in the sentencing hearing resulting from the Supreme Court's consideration of, and later decision in *Fischer v. United States*.

In its September 17th Order, this Court also advised the parties that if a continuance of the Sentencing Hearing was to be sought, certain specific dates in late October and early November were available on the Court's calendar. While the Court did express concerns with the prospect of continuing this sentencing hearing once again, Defendant Garcia believes such a continuance is necessary and required by the Federal Rules of Criminal Procedure.[1]

Rule 32(e)(2) of the Federal Rules of Criminal Procedure states:

---

[1] Immediately following this Court's Order, informal communications between counsel for the Government and Defense Counsel initially concluded that the dates proposed by the Court were not available on the calendars for either side, and that the best option was to retain the existing Sentencing Hearing date, with Sentencing Statements to be filed on September 18, 2024.  But further review revealed that the Probation Officer had never prepared and delivered to the parties the Final Presentence Report, and Mr. Garcia has never had an opportunity with prior counsel or while representing himself to review the final report and work with on the preparation of a Sentencing Statement taking into consideration the Final Report.  On that basis, Mr. Garcia and his counsel agreed that a continuance needed to be sought.  That change in position was communicated to counsel for the Government on September 18, 2024.

*Minimum Required Notice.* The probation officer must give the presentence report to the defendant, the defendant's attorney, and an attorney for the government at least 35 days before sentencing unless the defendant waives this minimum period.

On September 19, 2024, the United States Probation Office filed the Final Presentence Report with respect to Mr. Garcia.  Pursuant to Rule 32(e)(2), absent a waiver by Mr. Garcia, the earliest that a Sentencing Hearing can take place in his case is October 24, 2024.  Mr. Garcia is unwilling to waive the time period required by the Rule.

Three of the dates proposed by this Court in its September 17th Order are after October 24, 2024.  However, counsel for Mr. Garçia is set to begin a jury trial in *United States v. Patterson*, 21-cr-00111 (DKW) in the District of Hawaii on October 28, 2024.  An in-person Final Pretrial Conference in Hawaii is set for October 21, 2024.

The *Patterson* case is a multi-defendant "advanced fee" fraud scheme case that is anticipated to last 2-3 weeks depending on the length of the defense case(s).  The first week that counsel for Mr. Garcia can return to this Court for sentencing in this case would be the week of November 19, 2024.

Based on the foregoing, Defendant Gabriel Garcia requests that the Sentencing Hearing in this case set for September 25, 2024, be vacated, and a

new date be set consistent with the information set forth above.


Dated: September 19, 2024				Respectfully Submitted,

						_____
						William L. Shipley, Jr., Esq.
						PO BOX 745
						Kailua, Hawaii 96734
						Tel: (808) 228-1341
						Email: 808Shipleylaw@gmail.com

						*Attorney for Defendant*