UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-00129-ABJ |
| ) | |
| GABRIEL GARCIA ) | |
| ) | |
| Defendant ) | |

**DEFENDANT GABRIEL GARCIA'S MOTION TO MODIFY TERMS AND CONDITIONS OF RELEASE**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW COMES Defendant Gabriel Garcia by and through his undersigned counsel of record, William L. Shipley, and files this Motion to Lift Home Detention (Temporary), and requests this Honorable Court enter its Order giving permission for Mr. Garcia's home detention requirements to be lifted from October 4th, 2024, thru November 11th, 2024 and as grounds states as follows:

1. Mr. Garcia's sentencing date is scheduled for December 6th, 2024 in the District of Columbia.

2. Mr. Garcia's conditions of supervision include home detention along with GPS ankle monitoring.

3. Mr. Garcia has three minor children who will be traveling back to Florida from Texas to spend a month with their father in Florida.

4. Mr. Garcia's home detention includes having to provide probation an itinerary of any necessary outings no later than 2 days in advance. Probation then has to approve or disapprove the schedule.

5. Mr. Garcia wants to be able to enjoy time with his children without the stress of home detention requirements, temporarily, while the children are in Florida.

6. With three children ranging in age, it is reasonable for Mr. Garcia's home detention to be lifted temporarily so that the children can enjoy their stay with their father and the paternal side of the family and enjoy spontaneous outings together as families do.

7. Mr. Garcia's ankle monitor will remain and Mr. Garcia will adhere to a curfew of 12:00 pm - 6:00 am.

8. As this is an uncommon request for a 37-day temporary lifting of home detention, in the best interest of Mr. Garcia's family and importantly his three children, defense hopes the Government and the Court can make an exception.

WHEREFORE, Defendant respectfully requests this Honorable Court consider this Motion to Lift Home Detention (Temporary), grant this Motion, and enter its Order lifting Mr. Garcia's home detention temporarily between the dates of October 4th, 2024, and November 11th 20th, 2024 with GPS monitoring and 12:00 pm – 6:00 am curfew still in effect.

Dated: October 2, 2024					Respectfully Submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*