UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 21-cr—00129-ABJ |
| ) | |
| **GABRIEL GARCIA** ) | |
| ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## MOTION TO WITHDRAW AS COUNSEL

## AND FOR NEW COUNSEL TO BE APPOINTED

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW COMES, William L. Shipley, counsel for Defendant Gabriel Garcia and respectfully files this Motion to Withdraw as Counsel.

Undersigned was retained by Defendant Garcia to handle sentencing in this matter and filed a Notice of Appearance on July 26, 2024.

On September 19, 2024, this Court reset Defendant Garcia's sentencing to December 6, 2024.

Undersigned counsel and Defendant Garcia's relationship has suffered a breakdown in communication and has become irreparably broken.  As a result, it is necessary for Defendant Garcia to be represented by new counsel for purposes of sentencing.

Defendant Garcia requested that undersigned counsel prepare and file this Motion to Withdraw.  While the undersigned counsel is "retained", all legal services have been provided to Defendant Garcia by the undersigned counsel on a *pro bono* basis, the undersigned counsel has no information regarding Defendant Garcia's financial ability to retain new counsel, and on that basis requests this Court to appoint counsel for Defendant Garcia.

Dated: October 9, 2024                    Respectfully Submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*