IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

GABRIEL GARCIA.

Case No.: 1:21-cr-129

Leave to file GRANTED

Amy B. Jo                10/10/2024
Amy B. Jackson                Date
United States District Judge

## MOTION TO GO PRO SE

COMES NOW, Gabriel Garcia, the defendant, respectfully move this Court for an order allowing me to proceed pro se, representing myself without the assistance of legal counsel as well as request leave of Court to electronically file documents in this matter. In support of this motion, I state as follows:

1. **Desire to Represent Myself**: I hereby express my unequivocal desire to represent myself in this matter. I am aware of the nature of the charges/claims against me and the potential consequences of my decision to proceed without an attorney.

2. **Understanding of Rights**: I understand that I have a constitutional right to be represented by counsel. However, I also have the constitutional right to self-representation under the Sixth Amendment. By choosing to represent myself, I am knowingly and voluntarily waiving my right to counsel.

3. **Competency and Understanding**: I believe that I possess the competency and understanding necessary to represent myself. I understand that proceeding pro se might put me at a disadvantage, as I will be held to the same standards of knowledge and conduct as an attorney.

4. **Waiver of Claims**: I acknowledge that by choosing to proceed pro se, I waive any claims relating to the effectiveness of counsel, including but not limited to claims of ineffective assistance of counsel.

5. **Request for Standby Counsel** *(Optional)*: While I am requesting to represent myself, I respectfully request that the Court consider appointing standby counsel to assist me if needed. I understand that standby counsel can provide guidance and ensure that all necessary legal protocols are followed.

6. **Request for Electronic Filing**: I am capable of complying with the Court's e-filing requirements, including but not limited to formatting, electronic signature, and payment of filing fees.

WHEREFORE, I respectfully request this Honorable Court grant my motion to proceed pro se and allow me to represent myself in this case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Proceed Pro Se has been furnished via email, to the District Court of Columbia dcd_intake@dcd.uscourts.gov on this 10th day of October, 2024.


GABRIEL AGUSTIN GARCIA
DEFENDANT