NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

Criminal Number  1:21-cr-00129-ABJ

Gabriel Augustin Garcia
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐  CJA            ☒  RETAINED            ☐  FEDERAL PUBLIC DEFENDER

_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

George T. Pallas, ID No. FL0108
*(Attorney & Bar ID Number)*

George T. Pallas P.A.
*(Firm Name)*

2420 SW 22nd Street
*(Street Address)*

Miami, Florida, 33145
*(City)            (State)            (Zip)*

305-860-4884
*(Telephone Number)*