# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>GABRIEL AUGUSTIN GARCIA, )<br>  Defendant )<br>_____/ | Case No. 1:21-cr-00129 |

## RESPONSE TO COURT'S ORDER OF OCTOBER 11, 2024

The Defendant, **GABRIEL AUGUSTIN GARCIA**, through undersigned counsel, responds to the Court's order of October 11, 2024, as follows:

1. The Defendant, Gabriel Garcia, is withdrawing his motion to proceed pro se, and undersigned counsel will be representing him in connection with his sentencing, not simply serving as standby counsel.

2. Prior to entry of the Court's Order, undersigned counsel had contacted counsel for the government and advised them of the foregoing.

3. The Defendant and undersigned counsel have no objection to the Court vacating the videoconference scheduled for October 15, 2024, if the Court is so inclined.

Respectfully submitted,

GEORGE T. PALLAS, P.A
Counsel for Gabriel Augustin Garcia
Bar No: FL0108
2420 SW 22nd Street

Miami, FL 33145
305-856-8580
305-860-4828 FAX
george@pallaslaw.com
By:/s/ *George T. Pallas*
GEORGE T. PALLAS, ESQ.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing.

By:/s/ *George T. Pallas*_____
GEORGE T. PALLAS, ESQ