## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. 1:21-cr-00129 |
| ) | |
| **GABRIEL AUGUSTIN GARCIA,** ) | |
|    Defendant ) | |
| _____/ | |

### RESPONSE TO COURT'S MINUTE ORDER

The Defendant, **GABRIEL AUGUSTIN GARCIA**, by and through undersigned counsel, responds to this Court's Minute Order regarding Defendant's waiver of presence at sentencing as follows:

In *United States v. Mitchell*, 502 F.3d 931, 988 (9th Cir 2007) the court held that "[Fed. R. Crim. P. 43(c)(1)(B)]…specifically authorizes waiver 'in a noncapital case' when the Defendant is voluntarily absent during sentencing[.]"

*Mitchell* is a capital case in which the defendant voluntarily waived his appearance at the sentencing proceeding. Mitchell was detained pending trial and choose to waive his appearance during the sentencing phase of his capital trial. *Id*. at 946. Unlike Garcia herein, Mitchell never offered a good reason for his absence. Rather he simply stated "he just didn't want to be present, and that his counsel could proceed without him." *Mitchell*, 502 F.3d at 984; *id*. at 985.

On appeal, Mitchell argued that Rule 43 does not permit a defendant to waive their appearance at sentencing and thus, the district court had erred in allowing him to do so. *Id*. at 984, 986. The Ninth Circuit soundly rejected this argument. *Id*. at 987-88.

The *Mitchell* court held that Rule 43(c) (entitled "Waiving Continued Presence") allows a defendant to voluntarily waive his appearance at trial and at sentencing in non-capital cases. *Id*. "The default in Rule 43(c)(1) permits waiver when a defendant who was initially present at trial waives the right to be present by being voluntarily absent." *Id*.

The Defendant was initially present at his trial and now waives his right to be present at his sentencing by being voluntarily absent.

WHEREFORE, based upon the foregoing, Defendant **GABRIEL GARCIA,** requests that this Court grant the relief requested herein.

Respectfully submitted,

GEORGE T. PALLAS, P.A
Counsel for Gabriel Augustin Garcia
Bar No:  FL0108
2420 SW 22nd Street
Miami, FL 33145
305-856-8580
305-860-4828 FAX
george@pallaslaw.com
 By:/s/ *George T. Pallas*
 GEORGE T. PALLAS, ESQ.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing.

By:/s/ *George T. Pallas*
GEORGE T. PALLAS, ESQ