# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | Case No. 1:21-cr-00129 |
| ) | |
| **GABRIEL AUGUSTIN GARCIA,** ) | |
|   Defendant   ) | |
| _____/ | |

## RESPONSE TO COURT'S MINUTE ORDER OF NOVEMBER 22, 2024

The Defendant, **GABRIEL AUGUSTIN GARCIA**, through undersigned counsel, responds to the Court's Minute Order of November 22, 2024, as follows:

The Defendant, Gabriel Garcia, is currently re-setting his upcoming surgery and therefore will be available on the original sentencing date of December 6, 2024.

Undersigned counsel has contacted counsel for the government and advised them of the foregoing.

Respectfully submitted,

GEORGE T. PALLAS, P.A
Counsel for Gabriel Augustin Garcia
Bar No: FL0108
2420 SW 22nd Street
Miami, FL 33145
305-856-8580
305-860-4828 FAX
george@pallaslaw.com
By:/s/ *George T. Pallas*
GEORGE T. PALLAS, ESQ.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing.

By:/s/ *George T. Pallas*
GEORGE T. PALLAS, ESQ