# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>GABRIEL AUGUSTIN GARCIA, )<br>  Defendant   )<br>_____/ | Case No. 1:21-cr-00129 |

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

The Defendant, **GABRIEL AUGUSTIN GARCIA**, by and through his undersigned attorney, moves this Honorable Court to enter its order modifying his conditions of release solely to temporarily remove his ankle monitor and as grounds states the following:

1. The Defendant's sentencing is scheduled for December 6, 2024. As the Court well knows, the Defendant is scheduled for rotator cuff surgery tomorrow, December 3, 2024.

2. The Defendant's conditions of release include ankle monitoring. The ankle monitor will interfere with the surgery and medical treatment and therefore needs to be removed for this procedure. This Court has previously allowed the ankle monitor to be removed for medical treatment.

3. The Defendant requests that his ankle monitor be removed forthwith until further action by the Court on December 6, 2024.

3. Prior to filing this motion undersigned counsel contacted AUSA Jason McCullough, counsel for the Government, and he does not oppose this motion. Counsel also emailed his pretrial service officer here in Miami but has not yet received a response.

WHEREFORE, based upon the foregoing, Defendant GARCIA requests that this Court grant the relief requested herein.

Respectfully submitted,

GEORGE T. PALLAS, P.A
Counsel for Gabriel Augustin Garcia
Bar No: FL0108
2420 SW 22nd Street
Miami, FL 33145
305-856-8580
305-860-4828 FAX
george@pallaslaw.com
By:/s/ *George T. Pallas*
GEORGE T. PALLAS, ESQ.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing.

By:/s/ *George T. Pallas*
GEORGE T. PALLAS, ESQ