# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-cr-00129 |
| ) | |
| GABRIEL AUGUSTIN GARCIA, ) | |
|   Defendant ) | |
| _____/ | |

## RESPONSE TO COURT'S MINUTE ORDER OF DECEMBER 2, 2024

The Defendant, **GABRIEL AUGUSTIN GARCIA**, through undersigned counsel, responds to the Court's Minute Order of December 2, 2024, as follows:

1. The Defendant never cancelled the original surgery for December 3, 2024.

2. The cancellation and rescheduling were to occur this morning but for the intervening aggravation of this pre-existing injury on Saturday, November 30, 2024.

3. The Court vacated the November 26, 2024, sentencing date on November 25, 2024. The week was a shortened week due to the Thanksgiving holiday.

4. Consequently, there is no paperwork to be provided that satisfies the Court's request.

Respectfully submitted,

GEORGE T. PALLAS, P.A
Counsel for Gabriel Augustin Garcia
Bar No: FL0108
2420 SW 22nd Street
Miami, FL 33145
305-856-8580

305-860-4828 FAX
george@pallaslaw.com
By:/s/ *George T. Pallas*
GEORGE T. PALLAS, ESQ.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing.

By:/s/ *George T. Pallas*
GEORGE T. PALLAS, ESQ