# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. 1:21-cr-00129 |
| ) | |
| **GABRIEL AUGUSTIN GARCIA,** ) | |
|   Defendant ) | |
| _____/ | |

## UNOPPOSED MOTION TO MODIFY BOND CONDITIONS

The Defendant, **GABRIEL AUGUSTIN GARCIA**, by and through undersigned counsel, moves this Honorable Court to modify his bond conditions by entering an order permitting Mr. Garcia's home detention requirements to be lifted from December 19, 2024, to January 6, 2025, in the above captioned matter and as ground therefore states the following:

1. Mr. Garcia was recently sentenced on December 6, 2024, in the District of Columbia and is currently waiting for a self-surrender date.

2. Mr. Garcia's conditions of release include home detention along with GPS ankle monitoring and a curfew.

3. Mr. Garcia has three minor children who will be traveling to Florida from Texas to spend this time with their father in Florida.

4. Mr. Garcia's home detention includes having to provide probation an itinerary of any necessary outings no later than 2 days in advance. Probation then must approve or disapprove the schedule.

5. Mr. Garcia wants to be able to enjoy time with his children without the stress of home detention requirements while the children are in Florida.

6. With three children all under 18 years of age, it is reasonable for Mr. Garcia's home detention to be lifted temporarily so that the children can enjoy their stay with their father and the paternal side of the family and enjoy spontaneous outings together as families do.

7. Mr. Garcia's ankle monitor will remain, and Mr. Garcia will continue to adhere to his curfew from 12pm-6am. Mr. Garcia will, at all times during this period, remain within the Southern District of Florida.

8. Prior to filing this motion, undersigned counsel contacted Jason McCullough, attorney for the government, and can represent to the Court that he has no objection to this modification.

WHEREFORE, Defendant respectfully requests this Honorable Court grant this Motion to Modify Bond Conditions and enter an Order lifting Mr. Garcia's home detention for the period of December 19, 2024, to January 6, 2025, with GPS monitoring and the 12pm – 6am curfew to remain in effect.

Respectfully submitted,

GEORGE T. PALLAS, P.A
Counsel for Gabriel Augustin Garcia
Bar No: FL0108
2420 SW 22nd Street
Miami, FL 33145
305-856-8580
305-860-4828 FAX
george@pallaslaw.com
By:/s/ *George T. Pallas*
GEORGE T. PALLAS, ESQ.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing.

By:/s/ *George T. Pallas*
GEORGE T. PALLAS, ESQ