Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 21-cr-129-ABJ
)
Gabriel Augustin Garcia )

## NOTICE OF APPEAL

Name and address of appellant:

Gabriel Augustin Garcia
9230 SW 15th Street
Miami, FL 33174

Name and address of appellant's attorney:

George T. Pallas
2420 SW Coral Way
Miami, FL 33145

Offense: 18 U.S.C. 231(a)(3) and 2; CIVIL DISORDER; Civil Disorder and Aiding and Abetting (1)

Concise statement of judgment or order, giving date, and any sentence:

Judgment and Conviction: December 13, 2024
Sentence: Twelve (12) months of imprisonment, Twenty-Four (24) months of supervised release, Restitution of $2,000.00.

Name and institution where now confined, if not on bail: N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

12/18/2024
DATE

APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?  YES ☐  NO ✓
Has counsel ordered transcripts?  YES ☐  NO ✓
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES ✓  NO ☐