# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| GABRIEL AUGUSTIN GARCIA, | ) Crim. Action No. 21-0129 (ABJ) |
| Defendant. | ) |

## ORDER

It is hereby ORDERED that defendant's Unopposed Motion to Extend Surrender Date [Dkt. # 223] is GRANTED. Given the defendant's scheduled medical treatment, it is ORDERED that the defendant's date to surrender to the Bureau of Prisons will be extended to February 7, 2025 or any day thereafter. It is FURTHER ORDERED that defendant's conditions of release will remain the same during that time.

**SO ORDERED.**

*[signature]*

AMY BERMAN JACKSON
United States District Judge

DATE: January 10, 2025